FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

_____ COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 17 2018

BY _____ ARTHUR JOHNSTON _____ DEPUTY

ANDERSON      #56485
(Last Name)        (Identification Number)

LERONZEL
(First Name)        (Middle Name)

Wilkinson County Correctional Facility (W.C.C.F.)
(Institution)
2999 Hwy. 61-North
Woodville, MS.   39669
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff is this action)

V.

Management Training Corporation,
SUED IN THEIR INDIVIDUAL CAPACITY
Jody Bradley (Warden)
Gabriel Walker (Warden of Security)
Pelicia Hall (Commissioner) of M.D.O.C.
(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 5:18-CV-91 – PCB- MTP
(to be completed by the Court)

Jury Trial
REQUESTED

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?     Yes ( ✓ )  No ( )

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.  Parties to the action: Anderson v. Glenn Hamilton, chairman, Shannon Warnock, Board member, Walter Tolbert, Board member, and Clarence E. Brown, Board member (2.) Anderson v. Shannock Warnock (chairman), Emmit L. Sparkman, Deputy [Additional page →]

2.  Court (if federal court, name the district; if state court, name the county): 1) United States District Court Southern District - Jackson Division (2) United States District Court Eastern Division

3.  Docket Number: (1) 3:07-CV-728 DPJ-JCS, (2.) 4:10-CV-0128 (RA HTW, (3.) 4:11b-

4.  Name of judge to whom case was assigned: (1.) JAMES C. SUMMER, (2) Linda R. Anderson [Additional page →]

5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): (1.) WAS DISMISS NO APPEAL, (2.) DISMISS, APPEAL WAS TAKEN – [Additional → page]

page 2 of 28

continue from page _1_

Commissioner; BARTLEY Grimes - Deputy Warden; unknown Moore, Mental Health Counsel, unknown Smith, casemanager of Unit 5.

(3.) Mississippi Department of Correction, Norris Morris, Steven Pickett, Clornce Brown, Earnest Lee, Timothy Morris, unknown Sturdivant, Andrew Mills; unknown Cox; Kathryn McIntyre, Richard Pennington, Dr. Anglea Brown, Ricky Scott, Nola Nelson, unknown John doe, (1) C.I.D., unknown McCoy; unknown Burt; Charles Holl; Timothty Outlaw; unknown Garrison; unknown Vance-MTC-; Gale Williams psych Dr.; Pamla Robinson; unknown Johnson, unknown Munford, unknown Meeks; Marshall Fisher, unknown Alexander; Kay Waskington, Parole board seipervioror; all are being sued in their official and individual capacity —

(2) COURTS Continue from page _1_ : (3.) United States District Court Northern Division - Greenville, Miss.

(3.) DOCKET NUMBER: 4:16-CU-0101, DMB-JMV; NO. 17-60754

(4.) Name of Judge to whom case was assigned continue from page _1_ - (3.) Debra M. Brown,

(5.) DISPOSITION: FIFTH CIRCUIT STATED THAT THE CASE IS (MOOT!) -(3) DISMISS, APPEAL IS PENDING RIGHT NOW; IN THE FIFTH CIRCUIT COURT OF APPEALS; DISTRICT COURT JUST SEND ORDER DENY in - forma pauperis; FIFTH CIRCUIT. STATE I MUST SEND A 'BRIEF' challenging the DISTRICT COURT RULING. July 2, 2018

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: LEVONZEL ANDERSON Prisoner Number: #56485

Address: Wilkinson County Correctional Facility (WCCF)

2999 Hwy. 61- North

Wordville, Ms.    39669

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

1.) II. Defendant: Management Training Corporation ( M-T-C )                     is employed as

"HeadQuarters"        at 500 N. MARKET

PLACE DRIVE ; CENTERVILLE, UT.    84014

is Being sued in their INDIVIDUAL CAPACITY

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                                      ADDRESS:
Levonzel Anderson                 Wilkinson County Correctional Facility
#56485 - PROSE.                   2999 Hwy. 61- North
                                           Wordville, Ms        39669

DEFENDANT(S):

NAME:                                      ADDRESS:
2.) Jody Bradley                      Wilkinson County Correctional Facility
(Warden) being sued in           2999 Hwy. 61 North
his Official-CAPACITY             Wordville, Ms.    39669

3.) Gabriel Walker                   Wilkinson County Correctional Facility
(Deputy-Warden) being -         2999 Hwy. 61- North
sued in his official and -        Wordville, Ms        39669
INDIVIDUAL

page 4 of 28

Continue from page 2

## PARTIES

DEFENDANT(S)
NAME:                          ADDRESS:

4. Tonya Toomey              Wilkinson County Correctiona
                             Facility

   Warden of Programs, being - 2999 Hwy. 61- North

   sued in her officials and   Woodville, Ms.      39669
   individual-capacity

5. Larry Lee                Wilkinson County Correctional
   MDOC                     Facility
   Contract Monitor         2999 Hwy. 61- North
   is being sued in his Official
   and individual capacity  Woodville, Ms      39669

6. Unknown Taplan           Wilkinson County Correctional
   MDOC                     Facility
   Compliance/Officer is    2999 Hwy. 61- North
   being sued in her official
   and individual capacity  Woodville, Ms.      39669

7. Felicia Hall             Mississippi Department of Correction
   M.D.O.C.
   Commissioner             633 North State Street
   Being sued in their officials.
   capacity                 Jackson, Ms.       39202

8. Sean K. Smith,           Mississippi Department of Correction
   MDOC
   Correction Investigation 633 North State Street
            DIVISION
   Being sued in his official -
   and individual capacity  Jackson, Ms.       39202

9. Unknown Gale             Wilkinson County Correctional Facility
   Psych. Counsel
   being sued in his -      2999 Hwy. 61- North
   official and individual  Woodville, Ms
   capacity                 ~~Jackson, Ms~~      39669

10. Dr. Unknown Dunn        Wilkinson County Correctional Facility
    Psych. Doctor, being
    sued in her official and - 2999 Hwy. 61- North
    individual-capacity     Woodville, Ms.
                            ~~Jackson, Ms~~         39669

page 5 of 28

Continue from page 2

# PARTIES

11. Unknown **Turner**               Wilkinson County Correctional Facility

    (INVESTIGATOR)                2999 Hwy. 61- North
    sued in his official and
    individual-capacity          Woodville, Ms.          39669

12. Unknown **Arbuthnot**         Wilkinson County Correctional Facility
    Casemanager Supervisor
                                  2999 Hwy. 61- North
    sued in his official and
    individual-capacity          Woodville, Ms.          39669

13. Unknown **Arrington**          Wilkinson County Correctional Facility
    Casemanager
                                  2999 Hwy. 61-North
    sued in his official and
    individual-capacity          Woodville, Ms.          39669

14. Jane DOE                       Wilkinson County Correctional Facility

                                  2999 Hwy. 61 -North

                                  Woodville, Ms.          39669

15. JOHN DOE                       Wilkinson County Correctional Facility

                                  2999 Hwy. 61- North

                                  Woodville, Ms.          39669

16.

page 6 of 28

## GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( ✓ )  No ( )

B.  Are you presently incarcerated for a parole or probation violation?

Yes ( )  No ( ✓ )

C.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )  No ( )

D.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ )  No ( )

E.  Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ )  No ( ), if so, state the results of the procedure: ___ look at the exhibits attached to (17-18) pages

F.  If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1.  Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes ( ✓ )  No ( )

2.  State how your claims were presented (written request, verbal request, request for forms): They where all writing with (grievances and notices) see Exhibits: BR-0 still haven't receive any ~~answer~~ response for any of the officials →

3.  State the date your claims were presented: _____

4.  State the result of the procedure: P.R.E.A. violations, where supposed to be sent to Sean M. Smith (C.I.D) M.D.O.C. HEADQUARTERS, only one response back from his assistance Mr. Zachary Houston, P.R.E.A. Coordinator (CID) after I file many complaint this the only was corresponded to __. Other 'they' state they can't do nothing about the problem, or its out of our hands.. WCCC/MTC Staff. see ~~8~~-17-18 pages

page 7 of 28

17.                        <u>EXHAUSTION</u>

Plaintiff has **EXHAUSTED** <u>ALL AVAILABLE ADMINI-</u>
<u>STRATIVE REMEDIES REGARDING THE MATTER,</u> described in this
complaint or civil action on <u>Jan. 22, 2018</u> date, plaintiff -
mailed his administrative remedy program here at the Wilkin-
sen County Correction Center or Facility (WCCC) at the **legal claims**
office, at several different dates see **Exhibits: <u>HT001-2</u>**-
For the claiming the same incidents of '<u>Prison Rape Elimi-</u>
<u>nation Act of 2003</u>' ~ Since plaintiff arrival on ⟨March 22nd-
2017⟩ He been advised that all legal claims, where sent to
the Mississippi Department of Correction (MDOC) at the Correction-
Investigation Division (C.I.D.) Unit - <u>Sean K. Smith</u> office, who never
response but 'once', plaintiff on none of the (P.R.E.A of 2003) -
violation that taken place with him. **EXHIBIT: <u>BR007- -BR008</u>**

18.      <u>Plaintiff</u> further wrote the **Warden of Programs** <u>Ms. Tierney,</u>
on <u>Jan. 9,</u> ~~2018~~ date, who came in talk with me with the
(invest) Turner, on these **continuing** pattings of sexual assaults
by these former "**Gang Members**", with (NOTICE) given still nothing
was gone about it left on the zone, as you can see plain tiff
made "**good faith efforted**", to comply with the 'EXHAUSTION'
requirement, but is still unable; to receive any relief -
Defendant(s) still ignore the warnings left me here →
on **DELTA POD:** For more sexual assaults / abuse to happen
as if they are part taken in these assaults with the inmates
or they in communication with these inmates??

## STATEMENT OF CLAIM

III.     State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Anderson is subjective to Ongoing sexual abuse by State and Private Prison officials and gang members, in which these officials deny Anderson the right to be "PROTECTED FROM HARM", Equal Protection, Due Process of Law, Against ARBITRARY GOVERNMENT ACTION, A violation of the 1st, 5th, 6th, 8th and 14th Amendment of the United States Constitution.

Continue from page 17 — 73

### RELIEF

IV.     State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. (PRAYER FOR RELIEF)

Wherefore, plaintiff respectfully pray that this court enter judgment, Granting plaintiff Anderson, a declaration that the acts and Omissions described herein violate his rights under the Constitution and laws of the United States; and —

Continue from page 66—71

Signed this 8th day of August, 20 18

Leonard Anderson #54485
1322 Hwy. 61-North (WCCC.)
Woodville, Ms.    39669
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

August 8, 2018
(Date)

Leonard Anderson
Signature of plaintiff

8

CONTINUE FROM _EXHAUSTION_

a thes very zone, where all these sexual assault token place. 'DELTA' pod at Wilkinson County Correctional~ Faciliy (W.C.C.F.) ~ Protective Custody (P.C.)

17. Upon information and belief:

18. ## STATEMENT OF CLAIMS

Anderson is subjective to Ongoing sexual abuse by State and private prison officals and gang- members, in which these officials deny Anderson the rigth to be "Protected From Harm", Equal-Protection, Due Process of law, Against arbitrary government action; A violation of the 1st, 5th, 6th, 8th and 14th Amendment of the United States Constitution

19. "Wilkinson County Correctional Facility or Center" is why?! The Correctional Investigation Division (CID) Lola Nelson, requested that Anderson, be sent by - Transfer, to this prisone on Protective Custody (PC) that hold sum '1400' inmates mostly 'C-custody' inmate; 'B-custody', sum (PC) Exhibit: 58(c)(d).

20.      On March 22, 2017, on Arrival Anderson told all aviable counsels, "That he's infear of his Life", do to - inmates are sexual attacking me in my sleep!" I can't be housed in a cell with another inmates. And that I need to be in a cell by myself! ~ All counsels stated "We don't have single cell," and you'll have to deal with it....

21.      First Sexual Assault or Abuse on July 2, 2017, July 10, 2017 Anderson, had rcommate (Raymond Pitts) who later sexual assaults him in his sleep? Then has another inmate to come in the cell while I'm in the shower 'punches' him in the eye, so he can leave out the cell "infear" Ii do - something to him. On July 10, 2017 date.

22.   ⟨Second sexual assault or abuse⟩
        On 5/23/17  while in my cell, sleep of a William - had allowed several inmates inside my cell 208, and who - did lords knows what!! While I was sleep I did a (ARP) on these 'sexual assaults', OVER the months, but its like they wasn't trying to hear my "cry". % Williams quit. see Exhibits: BR-042, 43, 44

23. Place sick calls in wrote Warden, but the attacks keeps on coming, so I notice something wasn't right! These peoples aint that crazy; its "something can waken me up in a dead sleep; have me feeling drizzy 'like I've taken medications and I know I haven't! I never feeling uncomfortable ways when I wake up. As if someone was "tempering with me while I was sleep.

24. This 'DEVICE' can tell when or what I'm thinking, they are running some kinda 'test,' on me without my premission, for consent. I wrote the Psych. Dept. for answer, and have to file grievances, on these staff and still couldn't receive the answer but, they keep on with the sexual harassment using these inmates on this pod see Exhibits: CA-006, BR-014, BR-016(a)(b) BR-025(A)(b)

25. EVEN writing the Warden of Programs, Ms. Toomey I still couldn't get, the harassment to stop. And she never believe me in the first place making statement with 'Investigator Turner', that Andersen, is lying about the allegations of being sexual assaulted in his sleep. Cause one should be able to feel such action while they are sleep! ~ And not one time did they get any [TEST-

page 12 of 28

done; to see, if I was indeed telling the truth. see Exhibit: BRD19, BRD18A

26.      Further, the two (2) told Anderson that he couldn't complaint about the 5th of February, 2018. He was told to pack up by the Warden of Program T. Toomey, she never told me were; later the even, 'Lt Goksin' and a Sgt. came and took me to (Ad. Seg.) cell: 102, where I was verbally harassed all day and night inmates have the 'Device', and cell: 108, and the cell, eko's when you talk. The whole time being housed their, So Anderson, calls the ⟨PREA HOT-LINE⟩; and complained about the "verbal harassment," while being house, Exhibit: BR-018(a), BR-020(a)(b),

27.      When the two (2) came Warden Toomey, and the (investigator) Turner, they came complaining about me, not being able to use the (HOT-LINE) verbally harassment. by saying "I couldn't state that I'm being verbally harassed and that it was for guys sexual contact."

28.      I stated "Verbally two!" - Warden Toomey, stated "IF I-call the ⟨P.R.E.A./HOTLINE⟩ Again. That she'll wrote me, a Rule VIOLATION Report (R.V.R.)"

29.      (Investigator) Turner, stated "That IF I call again. He'll place me and 'General Population', Anderson stated "I-

aint scared of no damn! RePurlation!" "Take me now!"
Turner, told the FLOOR OFFICER TO GET HIM SOME CUFFS!
She did. He open the door, put the cuff after taken my —
shoes off. Push me up against the wall, took one my legs
then took my shoes off. Got the other leg took the shoes off
"WHY?!" Exhibits: BR-007, BR-014, 17, 18(a), .

30. Put the shackles on, walk me out off the (Ad Seg)
zone, right up the Hall infront of a Group of inmates, whos
in red & white 'C-custody.' And Andersen, plaintiff—whos a
1.) Protective Custody inmate, 2.) he's a "black & white B-
custody, who don't suppose to be around each other from
them get go. And to top it off none of them didn't have
on any 'restraints' whats ever, which made it more better for
the gang members to cause harm; if they chose.

31. Got me in the holding tank area, push me up
against the wall, "Told me not to say another word!," Got
the keys, open the door, push me in. close it then left.

32. Later he takes me up the hallway, in my boxers
in socks, to (H.J.K), To J-Pod cell 209 "Told the inmates
if I call P.R.E.A / Again, that He'll let one of the guy come
in my cell in "RAPE" me! I said "DON'T →

let him get yaw' k___!" He left, see, Exhibit: BR017, 18(a), ____ This is Mr. Turner, 'second time', he's threaten me, used profane laughes, being unprofessional.

Andersen, states "He no certin of whats going on with him. Upon information and belief:' Over the years dealing with gang members, or staff tampering with him at night or whenever they can drug him up!' and gose to sleep. . .

33. ____ This "PROGRAM!" I call it, is a very serious 'odeal', cause the inmate dont mine getting more time, losing their own litives, staff taken chances on loseing their jobs or their lives, they are putting it on the line everyday inorder for me to make the right move. so they maybe writen down as they turn in my 'mind' whenever this (DEVICE) gose wrong on me. they'll need a inmate to put it back in its place this is why?! I must be in the room with a inmate at all time. so they'll brake the 'rules', inorder for this to take place. see, Exhibit: BR-013(c), ____.

34. ____ Cause this been going on for (five) 5 year scine (2013) at Marshall County Correctional Facility (M.C.C.F) this is where the (implant chip) was instered in top of

page 15 of 28

my anal, by "Private Doctors", who I want to their freeworld clinic to have the 'surgery' done; a black older man and a white older man who owns the clinic setting right off the highway. Both where medical doctors plus, they where 'homosexuals'; and they where the first ones to place this [monitor device inside me.] At ⟨Holly. springs, Ms.⟩

35. _____ And to justify them violating my private area, they will not, put me in a cell by myself. To keep "gang members" from 'repeatly' sexual assaults, or abuse me, to keep these device working, with the other inmates to make like its some type of 'homosexual game', to keep my mind through off of whats really going on. And they can never, go away, knowing these inmates are doing whatever it is, to me while I'm in a deep sleep! ~ see First Complaint: Anderson vs. Morris no 4:16cv101 DMB-JMV, and "all Exhibits" of this complaint.

36. _____ Management Training Corporation, Mississippi Department of Correction, are aware of Anderson going through this "Intentional Infliction of Emotional Distress", by these State and Private Officials

37. Anderson, writes all the mention staff, who listed inside this complaints, and they are aware of him being sexual assaulted by these inmate over and over, again. Who "Upon information and belief" — That he wrote the following (ARP's) NOTICES, LETTERS, That listed as Exhibits: HTC01,002,CA003,004,005-006, BR-08A,007, BR13A, BR19-19 etc,

38. How whenever I'm doing `something other then, what these inmates, have putting down with, they'll make their way to have other inmate" to walk in my path, as I may be going to the (microwave); or walk around the zone for exercise.

39. The (Gang Memebers) will have inmate to grab their privance whenever they infront or my present... This is a form of `DISRESPECT' to make my mind get off the point of thinking of what it needs to be thinking! ~ Just recently July 2nd 2018. When cell: 112, 111, 110, 109, 108, 107, came out together. look at the inmates who walks infront of me, several times each time there was a (white guy) look at the top/tier- as well how the `white guy' tryed to nock me over, when walking by him. We were just let off a three (3) months "lock down"

40. And the 30th of June, 2018. Inmates had the ⟨Monitoring Device⟩ over, the cell I'm in now. Making like the can understand whats my mind thinking. Calling me names suchas: Punks, GAYS, homo's, I'm guessing they are trying to make `react' or holla out! Turn me into what they are? This Device also can `wake' one out of a dead sleep! (under control) swich. Just

to hear these inmate inflect verbal harassment, on me Imposing 'Psychological Trauma' "**WAKING ME UP OUT OF MY SLEEP!**" So this device, is the reason(s) I can't feel these inmate, going inside my anal. Due to them having control over my (mind and body).

41.     Anderson AT NO TIME GAVE THE MANAGEMENT TRAINING CORPO- RATION (M-T-C), nor the STATE MISSISSIPPI DEPARTMENT OF - CORRECTION (M.D.O.C.) PERMISSION or CONSENT, TO "RECORD, MONITORING MY ACTIONS, AND SEXUAL-HARASSED" ANDERSON THROUGH ANY COURSE OF - These "PRISON RAPE ELIMINATION ACT- OF 2003" / violations

42.     Anderson, never told the officials of State and Private that he will allow them to make the necessary steps or tests, to see if I'm infact been, sexual abuse, by state and private officials and inmate who's playing the big part of this, who can let the staff of all he's writting, saying to give the staff officials the upper hand... Or try and correct the matter before I can wrote the 'courts, or and Media' concerning these - (sexual assaults) thats taken place with Anderson **OVER YEARS!** see, EXHIBIT: ALL ATTACHED HT; CA, BP, s

43.     Officials may call counts ahead of time, and state that Anderson is a "mental patient"; And that they are running 'tests' on him to determine if his eligibility for parole release. but are indeed violating his 8th and 14th Amendment — rights under United States Constitution.

44.     At "NO TIME," did And give these folk/staff member nor anyone from the 'C.I.D. Sean k. Smith' M.D.O.C, personnel premmission to run any test on me. On March 5, 2018. Dr. Dunn, call me in her office, at Wilkinson County Correctional Facility (W.C.C.F) ask me a few question then told me, what I have is call (Delusional) seeing, hearing things thats not there; she also had me sign for my new medications I ask Dr. Dunn, was I signing anything that might hurt me? She stated "NAW" its just saying I gave you "Zyprexa and two (2) benydtrils" I did not sign for any program, to be played on me at no time!

45.     On Feburary 4th or 5th, 2018. I sign some more papers by Warden of Programs Toomey' who said I was signing papers said that my cellmate didn't rape me on that date. Another paper saying that I was seen by Medical and that I refuse to be seen by medical personnel, Cause I wash all the evidence off of my body part. Just for that date (above) is the only papers I remebering signing. Never a paper authorize any state or private official to run [RAPE test] on me... And they are doing (illegal testes) on me. Exhibits: _____

46.     On March 5, 2018, I was call to the Clinic Psych. Dept. when I made it Dr DUNN, was in the cell who I told of these sexual assaults, in my sleep! She said that Im have a mental state call <Delusional> that I see things thats really not their And that aint nothing really happen with me. It's all in my mind see, Exhibits: BR-052, BR-054, BR-056b, BR56(?), BR-057(a)

47.     "IF" it's all in mind, why Im writing this — complaint; about being sexual abuse over the year! Im seeing inmates grabbing on themselves, calling me punk! Gay! homo! etc. And I wake up I he feeling 'druged' as if some one was putting something in my^(mouth of food) And while I was sleep!

48.     Andersen, states: Why all these illegally acts are continue to happen? Warden of Security, Gabriel Walker hasn't said anything on the incident reports why haven't these inmates been writen up a rule violation report (RVR) or even charge of that matter? Why, was I place back on the Pod these incident took place and not at another facility or in a cell by myself? So I can't accurse any one in the cell with me; if Im having [delusional] - thoughts?! Exhibit: BR-057(a)

49.    Why the officers on the night shift are not checking in these cell like they are suppose to; or have a (flight light) for the cell thats to dark, and they can't see in? a ‹Branch of Security›

50.    CASEMANAGERS Arrington & Tolliver Conspiried in keeping Anderson incarcerated over his - time, by not given him all the parole papers hell need to sign, to have a fair parole hearing

The Casemanager here on 'C-D-E,' section who will come around once a month Arrington who was the case worker when I come up for parole back in (January 11, 2017) didn't give me the papers to have; so I can send to the Newspapers for General Circulation, notice (2) two weeks, And I have a Murder charge according to §47-7-17 miss. code ann. In order - for the board to make their decision, on the inmate whos - serving a 'life-sentence' with parole, see Exhibit: BR-013(a), BR-016(a)(b), BR-028(a),

51.    After the 'Board' denied Andersen parole C-D-E had - a new case manager Tolliver, who refuse to give me the goldform decision of the parole. "Upon information and belief:" She waited weeks to give me this form, hoping that I would have went 'crazy' over the boards decision, of a one (1) year set off. Before she give me the 'gold copy', never the less Anderson; keep his cool. Ms. Tolliver, sent the gold copy to him at Administractive

Segregation (Ad. Seg.) where he was in a cell by himself.
Couldn't noone do nothing to him why his sleep. And he -
couldn't do nothing to anyone.

52.    At All time the Warden Judy Bradley had (notice) of
all incidents dealing with Anderson, but yet allow the inmates
and staff at this facility to continue with the denial of -
Protection From Harm 20.05.01; with larry lee, Ms. Taplan
the M.D.O.C. Compliance officers; and the United States District
Court Northern District Court, Greenville, Ms. Also had
knowledge of the P.R.E.A. incident tche place with me. At
case no. 4:16 cv 101 DUB-cmv, they're the first peoples to know
of it... And it still goe on right! Today. Without any (Medical
Health Care) privide even if I deny the treatment, Their are still
supposed to have give me. Examined!??

53.            DELIBERATE · INDIFFERENCE

54.       Defendant(s) M.T.C., J. Bradley, G. Walker, T. Turney, L lee
Taplan, P. Hall, S.K. Smith, Grale, Dr. Dunn, Turner, Arbuthnot,
Arrington; had knowledge of This "Prison Rape Elimination Act
of 2003", that is taken place with Anderson, at this Wilkinson
County Correctional Facility or Center". While in cell: 208, Ad. Seg.
"J-Pod", Delta: 107, 207, 203, and 109, at no time was Anderson
(medical evaluated), during these sexual abuse by inmates;
over the years of the Ongoing P.R.E.A. violation of Anderson

And they fail to act reasonably or at all.

55.      Defendants(s) J. Bradley, J. Arbuthnot, Arrington, Gale all knew of Anderson wanted to be in a cell by himself, so these attack wouldn't keep on occuring with him; as he sleeps! Cause they are aware of the civil suit (Retaliation) Anderson have as the M.D.O.C. / Defendant(s) which one of them who sent me down here `C.I.D. / P.R.E.A. / Coonaited Lola Nelson, was aware of me not being able to be place in a (ONE MAN CELL) she still sent me down here anyways.

56.      All (above) defendants(s) stated That their wasn't no single man cell, And that I was going to have a roommate; regardless of the situration. And Raymond Pitts (Just one) where cellmates together whos a former (AB) who now works for the gangs call themselves the (M.O.B.) Thats why they place him in the cell with me and the first place. He later sexual assault Anderson, July 2nd 10th, left on 12th see **Exhibits**: BB10,11,24(a),30,

57.      Defendants(s) M-T-C, J. Bradley, G. Walker, T. Toomey, L. Lee, Taplan, P. Hall; Had knowledge the 'GANGS', are the ones writing, calling, extorting my family and friends "out of money', they will walk pass me and state "We Can't, Get No Money, OUT OF YOU. IF YOUR DEAD." So they are telling me, they are getting paid for this (Harassment) No one came to (investigated) me. To see if Im lying telling the Truth! Inmate are waiting intrll I go to sleep! Get my mail; rewrite family scaring them, from sending me 'money'. But send it to their books / Accts instead (Rockerteer & Eartortion) or else. - **R.I.C.O. Act** -"

58.    'Mailroom' without any proof, will not send me the (backdate mail log) so I may see if they indeed mail my letter to my family with phone numbers to the Commissioner office, A.C.L.U., U.S. DEPT. OF JUSTICE, F.B.I of Prisons, will its obvious they haven't gotten it; cause the Attacks are still happen right this day (July 7, 2018)

59.    Defendant(s) MTC, J. Bradley, G. Walker, T. Teeney, L. Lee, Taplan, P. Hall, S.K. Smith; had knowledge of all mention - incident discribe in this complaint also. Anderson made sure he file Administrative Remedies office, here at Wilkinson County Correctional Center (WCCC) see, Exhibits: HT001-2, BRD14-18A, 00A-B, - 21A, 24A-B, 25-AB, 30, 35, 36, 49, 52; These violation where reported to all the (Above) Defendant(s) but yet the problem still remain the same.

60.    **LEGAL - CLAIMS**

61.    Defendant(s) MTC, J. Bradley, G. Walker, T. Teeney, L. Lee, Taplan, P. Hall, S. K. Smith, Psych. Gale, Dr. Dunn, invest Turner In. Sup. Arkuthnot, Arringtons; (intentionly) denied plaintiff Anderson his Right to be "Protected From Harm," #20.05.01, After telling the counsels in intake staff of my problem; that arasied from Marshall County Correctional Facility (M.C.C.F.) and Mississippi State Penitentiary (M.S.P.) ~ where plaintiff Anderson was being sexual harassed abuse, assaulted, by staff and inmates; at all three (3) facility These officials all took 'oath' to ensure no harm comes to any

offenders who's under their care. They are being sued for the violation of his 8th Amendment of the United States Constitution and caused Anderson pain, suffering, physical injury and Emotional Distress.

62.    Defendant(s) M.T.C, J. Bradley, G. Walker, T. Teerney, L. Lee, Taplan, P. Hall, S.K. Smith, Psych Dr. Dunn, Gale, Turner, Arbuthnot, Arrington — Allowed and continued to Deprivated plaintiff Anderson, of his right to be "Protected From Harm", when he arrived at - Wilkinson County Correctional Facility (WCCF) AFTER the months - went by continue to tell each defendant(s) of the P.R.E.A. violation with the (R.I.C.O. Act) being throwed into the play. But the defendant(s) still played along with Ongoing violation trying to stop plaintiff from pursuing with civil action against the (M.S.P) defendant(s) A clear violation of His 5th, 8th, and 14th Amendment to the United States Constitution and Caused Plaintiff Pain, suffering, physical injury, and Emotional Distress

63.    Defendant(s) Bradley, Toomey Gale, Dunn, Arbuthnot Arrington — Have direct knowledge that plaintiff Anderson was being violated of his rights. But they didn't do NOTHING! To stop it, slow it down, instead they edge it on, in it continue on right today! Shake offenders down then give their (contraband) back to the inmate who will have other inmates, to proform other sexual acts and record it by cell phone!! To send back to the currpted officers and keep the other for themselves, to send around to (other inmates)

who will send it to my family for exchange for my 'life' for 'money';

64.	Plaintiff Anderson, witnessing Defendant(s) Toomey, Turner, Gale, —comment illegal actions, failing to correct that misconduct, and encouraging the continuation of the misconduct; of (Prison Rape Elimination Act of 2003) by calling me lies, pushing, cursing useing all type of profanity laughes, threats not to call (P.R.E.A HOTLINE) Also it NOTE the (MTC) Wilkinson County Correctional Facility has a new phone system and was in activity July 2, 2018 so far I havent heard any introduction of a (PREA HOTLINE) on this new phone service/company. (GTL) I guessing we'll have to find this new HOTLINE on our own. "No medical treatment", when complaint about a (PREA VIOLATIONS.) Also they are violating. plaintiff Anderson rigths under the 'Eighth Amendment', to the United States Constitution and causing Anderson, pain, suffering, physical injury and Emothonal Distress.

65.	Plaintiff Anderson, has NO-PLAIN Adequate or complete Remedy at law to redress the wrongs described herein, Plaintiff has been and will continue to be irreparckly injuryed by the Conduct of the defendants) unless this court grants the - Declaratory and Injunctive Relief which Plaintiff seeks.

66.     <u>PRAYER FOR RELIEF</u>

67.     WHEREFORE, plaintiff respectfully pray that this court enter judgment, Granting plaintiff Anderson, a declaration that the acts and omissions described herein violate his rights under <u>the Constitution and laws of the United States; and</u>

68.     A Preliminary and Permanent injunction ordering defendants) MTC, J. Bradley, G. Walker, T. Tearney, L. Lee, Taplan, P. Hall, S.K. Smith, Arbuthnet, Arrington, Turner, to cease and never allow it to happen to any other inmate, as long as Wilkinson County Correctional Center, is open for M.D.O.C. offenders; with the "Prison Rape - Elimination Act;" any other physical violence and threats of genera name calling to Plaintiff cause he's a man; and other offenders after him. (2.) Make sure plaintiff is in a "<u>cell by himself</u>," due to him being a "<u>heavy sleeper</u>", plus inmates be <u>drugging</u> plaintiff with "sleeping medications" this been happen for years officials need to <u>stop</u>! allowing prisoner to advantage* of us offenders with sleeping <u>disorder</u> or that takes psychological medications, stop having gang members to help with any wrong doing or violations of the (M.D.O.C.) <u>policys</u>, rules and regulations;

69.     Granting plaintiff Anderson, "<u>compensatory</u> <u>damages</u>" in the amount of $100,000.00.

70.     Plaintiff seek "<u>punitive damages</u>" in the amount of $<u>50,000.00</u>. Plaintiff Anderson, seek these damages against each defendants) jointly and severally.

71.    Plaintiff also seek recovery of their costs in this suit and Any additional relief this court deems just, proper, and equitable.

72.

Respectfully Submitted,

73. DATE: July 14, 2018    Levenzel Anderson

74.            **VERIFICATION**

75.    I Levenzel Anderson, have read the foregoing complaint and hereby verify that the matters alleged therein are true except as to matters alleged on 'information and belief,' and as to those. I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct,

76. executed at Wilkinson County on July 14, 2018.

151 Levenzel Anderson
LEVENZEL ANDERSON, PRO SE

THE UNITED STATES DISTRICT COURT

Levenzel Anderson                                    plaintiff

**Vs.**

Management Training
Corporation ; et. Al.                                defendant(s)

Plaintiffs' List of Exhibits) --
and **Notice, of Letters**, to each
defendants) - - -

ALSO ENCLOSED ARE AFFIDAVITS: _____

## CERTIFICATE OF SERVICE

I, Levonzel Anderson, #56485 - Do hereby certify that this day, cause to be mail via United States Postal from the Wilkinson County Correctional Facility (WCCF)

From the Inmate Legal Assistance Program (ILAP) to the following:

1. United States District Court
   Office of the Clerk
   501 E. Court Street
   Suite 2,500
   Jackson, Ms.          39201

2. Jim Hood
   Attorney General
   P.D. Box 220
   Jackson, Ms.          39205

3. U.S. D. C.
   911 Jackson Avenue
   Suit 369
   Oxford, Ms.          38655

4. U.S. Court of Appeals
   600 S. Maeton Place
   New Orlean, LA.    70130

This is the 15th day of August, 2018.

Levonzel Anderson
LEVONZEL ANDERSON
#56485 - W.C.C.C
2999 Hwy. 61- North
Woodville, Ms.    39669

cc/pF.
DIe. 6305
LA./USDe.
   MAG.
   USDC (Jackson)