To: <u>Warden of Programs</u>
        Ms. Toomey

Re: I'm being denied medical treatment;


Dear Ms. Toomey:

    I'm writing concerning medication; being up dated. and other taken away: the side effect pills that balance the pill I'm supposed to be taken for sleeping to hand,' - In which the pill makes ,me <u>'sleep harder!'</u> ~ They are intentionly given me this medication to make me sleep hearder then I'm complainting about.

    On the <u>6th</u> day of January, 2018. A <u>Dr. DUNN</u>, came around who didn't want to step at my cell. At first; my cellmate, - keep on calling; I made it to the door her, that I'm still havent problem waken; feeling bad! She ask <u>"are you taken your medicine?"</u>, I stated 'Yeah!', I said It's not working you gote to take your medication she ask <u>"what do you take?"</u> I said <u>I don't know"</u>, she got my number #, then left.

    On the <u>8th</u> of Jan, 2018. I received my medicine, she up-graded to another (bleu pill.) That makes me sleep harder!! tock the (benydrilz) off; which is a balance for these; so when I wake up. I was dizzy, mouth dry, eyes was blury; didn't have the balance to the medication.

This is to a violation medical practice, Jacques V. State, a <u>8th</u> amend. cruel and uncusual N.Y.S. 2d. 463, 466, (N.Y. CT. CL. 1984) Punishment
-127 misc. 2D 769, 487
N.Y.S. 2d.

EXHIBIT: <u>BR-03A</u>

I am aware of the ongoing (retaliation) by staff. I'll - because I'm complainting about the on going violation the (P.R.EA 2003) thats occuring with me at this prison. And aint nothing being done about it. . . I requested to be move in a cell by my self. Due to (Gang members) are working with staff to have all these major violation! (Abusive Institutiond Practice) Re - member this has being going on for years! I'm just prison rasie, so its hard to hurt me mentally! I've been down that road several times before.

It's all to make me act ot in violence' inwhich Ive havent done that yet? Hopefuly, I want. But as of right now, the only way these Gangmembers' cant attack me is in my sleep!

Due to another one is trying to keep me incarcerated; cause I do come up for parole soon and they dont want me out. Looking forward on hearing back from you soon on these issue.

cc/pF
DIC 5151
LA/WP/T.

1st [signature]
Personal Copy
1-9-18

page 2 of 2

EXHIBIT: BB-003B

To: Zachary Houston, F. E.A. Coordinater
Central Office / CID
633 N. State Street
Jackson, Ms.   39202

Personal
Copy
3-20-18

RE: (NOTICE) OF TRUTHFUL ALLEGATIONS; 'Confidental'

Dear Mr. Houston:

I am in corraspence of your letter date March 8, 2017 -18
And for the record I want you to know, if you send a [investigator]
other then the one here; whos believe that I'm 'lying' just to get in
a (one man cell); this is not true... They have gang memebers when
really doing these allegations I'm talking about... This goes all the-
way back from 'Marshall County Correctionly Facility'(M.C.C.F.) some five
(5) years back. And the gang members here are trying to Extort my -
family by taken these pictures by cell phone; showing them. Plus,
other stuff, this is why I went to talk to a (investigator) other --
then the one "Lt. Turner or Lt. Rita Bonner," whos covering up for these
gang members here which they are working together cause I'm in —
a(one man cell now; and still no <RED TAGS> has been given to me;

Plus. this Rita Bonner, is trying to say I've been to (S.M.C.I)
I've never been there only for (receiving; and transfeeing) thats it
and this was in (1996) and (2012) — showing you how they are -
trying to Justify leaving me in that cell with (Raymond Pitts) who --
work for the gang members', plus (Wilbert Gilley) — the only two (2)
cell mates, I had since I've been at this facility.

Staff here are just trying cover-up leaving me in the cell with
these (sexual-predator) inmates, thats furmer gang members, must
preform these acts or get stabb up! This is why I need to talk -
some one.

cc/pF.
Dic.6136
LA.
/CID.
Z.H.

NO MATTER HOW MUCH I TRY-
THEY Could Still trying to keep
keep me in a cell with these
gang members,

/s/ Leving Anderson

EXHIBIT: BR-007

WCCF



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**PELECIA HALL**
**COMMISSIONER**

Sean K. Smith
Director

Corrections Investigation Division
(601) 359-5611 · 5688 (FAX)

### Notification of PREA Investigation

TO:     __Offender Levonzel Anderson #56485__
        Offender Name & MDOC#

                                        *Re: Correspouse*

FROM:  Zachary Houston
       Prison Rape Elimination Act (PREA) Coordinator

DATE:  March 8, 2017

RE:     PREA Investigation / Other Complaints

Please accept this letter as an official documentation to update you on the status of a PREA Investigation and other complaints involving yourself which was conducted by this office. You filed an Administrative Remedy Request on February 13, 2018 that was received on February 20, 2018. The request alleged you had been sexually harassed and sexually assaulted by offenders at the Wilkinson County Correctional Facility (WCCF). Based on the collected information, it has been concluded the allegations could not be substantiated and therefore this matter has been closed.

If you have any questions/concerns or if I can be of any assistance to you, feel free to contact this office in writing.

Zachary Houston, PREA Coordinator
Central Office / CID
633 N. State Street
Jackson, MS. 39202

Pc: Offender copy
    File

*EXHIBIT: BRO08*

WCCF



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**PELECIA HALL**
**COMMISSIONER**

Sean K. Smith
Director

Corrections Investigation Division
(601) 359-5611 · 5688 (FAX)

### Notification of PREA Investigation

TO:    **Offender Levonzel Anderson #56485**
       Offender Name & MDOC#                         *CORRESPONSE*

FROM: Zachary Houston
      Prison Rape Elimination Act (PREA) Coordinator

DATE: March 8, 2017

RE:    PREA Investigation / Other Complaints

Please accept this letter as an official documentation to update you on the status of a PREA Investigation and other complaints involving yourself which was conducted by this office. You filed an Administrative Remedy Request on January 22, 2018 that was received on January 23, 2018. The request alleged you had been sexually assaulted by offenders at the Wilkinson County Correctional Facility (WCCF). Based on the collected information, it has been concluded the allegations could not be substantiated and therefore this matter has been closed.

If you have any questions/concerns or if I can be of any assistance to you, feel free to contact this office in writing.

Zachary Houston, PREA Coordinator
Central Office / CID
633 N. State Street
Jackson, MS. 39202

Pc: Offender copy
    File

EXHIBIT: BR009

To: Lt. Rita Bonner
W.C.C.F.

Re: `confidental`, correspance —

Dear Ms. Bonner ε

Do you understand that in this situation I'm dealing — with `gangmemebers`, and that they will kill me at anytime, or try two; so I have to he careful or when I write or letting you'll know of whats deken place with me ...

Futher, I wasn't at `S.M.C.I`. when these allegations teek place. Everytime go to the phone they are watching me, listen get on the other phene ... Talk with the C/m Tolliver, each time she comes, on the ~~phone~~ Zone `Delta` I ask for (RED TAG) when ever C/m Arrington comes on the pod. But never get them.

So don't make like I lying cause I'm not! Thanks for even — writing this correspanse ... I will keep as `Evrdence`.

(a circled note at top right:)
Personal
Copy
3-20-18

cc/pF.
Dic. 4765
LA/Lt. R.B.

/S/ Leonard Anderson

EXHIBIT: BRO010

TO: OFFENDERLEVONZEL ANDERSON # 56485

    WILKINSON COUNTY CORRECTIONAL FACILITY


OFFENDER ANDERSON:

I RECEIVED YOUR GRIEVANCE CONCERNING ALLEGED GANG MEMBERS ATTACKING YOU IN YOUR SLEEP. YOU ALLEGED THAT OFFENDER RAYMOND PITTS VIOLATED YOU AND LEFT. I SAW NO PREA DONE ON ANY SUCH INCIDENT.

I DID FIND WHERE YOU HAD CALLED THE PREA TIP LINE AND AFTER NUMEROUS CALLS IT WAS DETERMINED THAT YOU WERE TRYING TO MANIPULATE THE SYSTEM IN ORDER TO GET IN A ONE MAN CELL BY STAFF AT WILKINSON COUNTY CORRECTIONAL FACILITY.

THIS WAS SENT TO ME AT SMCI. I DO NOT HAVE THE AUTHORITY TO MOVE YOU TO ANOTHER CELL AT THEIR FACILITY NOR DO I HAVE THE AUTHORITY TO MOVE YOU TO ANOTHER FACILITY. I WOULD CHECK WITH THE CASE MANAGER AND SEE IF SHE COULD HELP GET YOU MOVED.


*H. Rita Bonner*
LT. RITA BONNER

RECEIVED:
March 20, 2018
CELL: Ad. Seg. 102
By: Ms. Row


EXHIBIT: BR011



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**PELICIA HALL**
**COMMISSIONER**

Audrey McAfee                                                    Administration
Deputy Administrator                                            (601) 359-5636

March 19, 2018

Inmate:   Levonzel Anderson #56485
Unit:      WCCF

I have forwarded your letter to CID Chief Sean Smith in order for CID to conduct an investigation into your allegations. You should contact him or his team only with questions or concerns regarding this issue.

If you are not satisfied with CID's results at the completion of their investigation, you may submit your complaint to your facility's ARP office for consideration.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

PC: CID Smith
    RP
    File: I/M L. Anderson #56485

633 NORTH STATE STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

EXHIBIT: BR012

(TAGS)

LEGAL

EXHIBIT: BR013(A)

To: Mrs. Arbuthnot
   Case manager/Superiver

Jan. 28, 2018

From: Levencel Andersen
  #56485 - Delta 208

Re: Still not house in a single man cell —
  Corresponse, date letter "January 4, 2014."

Dear Mrs. Arbuthnot:

   I am writing to let you know that any Unit you can put me in; will do. As long as its a cell by myself due to my life being endanger everyday as long as I'm in the cell with some one ... You are aware that most of the inmates on C-D-E, section are (gang members); so they have to do what the head says! Even the ones thats not in a gang, any more ... So by you placing a inmate in a cell, with me, knowing that they have to do what the gangs says this placing my life endanger, I have been assaulted "OVER & OVER" again. And I told you'll several times of this problem thats been going on with me for years ... When I arrived on (March 22, 2017), in the kitchen. But you'll still place a inmate in the cell with me.

   This is a direct violation of the M.D.O.C. policy title: 'Placement', ‹Prison Rape Elimination Act of 2003› and "Protection from Harm"; cause you and your staff had knowledge of my problem, but fail to provide protection.

   I'm looking forward on hearing back from you concerning this matter.

cc/pF.
                    151 Levencel Andersen
DIC. 3341.
LA. O/s - J.A.

As I stated on the previous inmate request, the only single cells that we have here are in Seg and our LTS units. I noticed you stated that I housed you with another offender. I do not house any offenders. The PREA coordinator DW Toomey has been notified about your PREA concerns, and stated that she has spoken with you about this matter. We do not have a single cell AC Unit

EXHIBIT: BR013(6)

J. Arbuthnot    CM Supervisor    1/29/2018

To: ARP / Dept.
    GRIEVANCE

[RECEIVED stamp: JAN 3 1 2018]

Jan. 29, 2018

From: Levonzel Anderson
#50488 - DELTA 208

BY: ...............

Re: This is a request for Administrative Remedy;
    Denied Request for psychobehial Doctor; upon use of Mase,
    agent — USE OF FORCE. UNNECESSARY —

To whom it may concern:

On the 29th day of January, 2018. Around 2:20 - 2:29 p.m.
before count time. I was coming out of the ILAP / DEPT. and 'sat'
down by the door. . . Capt. Green. came to the scene first; I told
him, that "I wasn't going in that cell nomore!" Due to more sexual
assaults (P.R.E.A of 2003) that's been happen with me by (gang members)
over the years. And still happen with me. Right when I came out of the
pod. The white tall inmate 'Ryan', grabb himself. At this facility. Later
a 'bald headed etc. (LT.) the same guy I talk with on the 22nd of Jan.
2018. who told me to get up; cause I wasn't no threat; as I was walk-
ing. With him (LT. MILES) and Capt. Green, approach & stating "you going
going to spray! "I said one already gone!" ~ He told the bald headed —
(LT.) to use his cell phone, for "Recording of the spraying he talk, at
the phone, and "Without calling the psychological dept.", to see if the —
use of mase, can be avioded; didn't call Psych. Gale or Dr. Dunn;
(LT. MILES) sprayed twice on the face, afterwords, teck me to the
clinic, they check my 'blood pressure, and temp., and weight. NOT ONCE!
did they wash the mase out of my eyes, which was burning!
They didn't give me nothing for the pain, the mase. A clean —
violation of (Medical Health Care) # SOP. 25-04-G
    I've been trying to get some assistence from these M.T.C. . .
officials, but yet they wont see pass the emptiness of this . .
facility. Their NO WAY!, I was suppored to be denied the right —
to protect my self from physical violence by anothe inmate, white
as PROTECTIVE CUSTODY, "PC."

page 1 of 2

EXHIBIT: BR-03(c)
(SEE BACK FOR MORE)

<u>Relief</u>

1. Request that the above MTC staff who was involed in, this use of force, of this (mentally ;ll) offender unnecessary be (Terminated) from their job, title / position.

151 _Leeroy l Anderson_

cc/pF.
DIC. 7712
LA/ARP

LEGAL

page 2 of 2

EXHIBIT: BR-013(c)

To: ARP DEPT.
GRIEVANCE

April 3, 2018

From: Lorenzel Anderson
#56485- DELTA POD 107

Re: This is a request for Administrative Remedy;
More Ongoing Harassment by staff, Capt. Scott

APR 1 8

To whom it may concern:

On the 3rd day of April, 2018: Around 11:20-12:00 pm. Capt. Scott
and other officers, Capt. Green, and other Capt. Scotts, told me to pack up; I
said where Im going. She said to Pack up; I said I Aint going nowhere!
She call for back up. They come in the cell; without placing me in re-
straints no cuffs; etc. — They come in the cell start talking as if I dont
pack they'll use force threats by Capt. Green, started packing; I guess I
was taking to long, cause Capt. Green started grabbing my property placing
in the cart.. I ask You know I aint supposed to be housed back on —
DELTA POD" Capt. Green, said you going back on PC pod.
     Capt. Scott is in direct violation for placing me back in the cell with
another inmate, due to P.R.E.A/Violation which offender, occuring with me
over the years. included this pod. Where I call <P.R.E.A. HOTLINE> concern-
ing me being tempting with white sleep.

PROTECTIVE MEASURES — Recommended action taken to provide for an-
Offenders safety based upon presumed substantiated threat of danger Capt.
Green has place my life indanger once again by placing me back in
a cell with another inmate showing no concerns or warefare of my safety.
After knowing Im on p.c. and my reason(s) for being place in a cell by
myself.

Unnecessary Use of force : Capt. Green, some in without any restraints -
hand cuff, open the comes. in, and make like hes, going to pack my
property himself and stating that I wrote him up for spraying him -

page 1 of 2

EXHIBIT: BR-014

When <u>Lt. Miles</u> , .. the one who did... And this officers was-being unprofessional in his task or <u>Job</u>.

Anderson, believe that hes brought back on the zone where he was sexual assaulted, which the same offender is still on the zone, or I should say offenders.

"<u>PROTECTION FROM HARM</u>", page <u>2</u> lines <u>45-63</u>, in part;

• Embodied within these rights of offenders is the right a safe environment staff will not subject offenders, to any of the following condition Mental, abuse, Deliberate or unnecessary personal injury any form of harassment - to include sexual harassment, Humiliation Punitive inherence with the daily function of living such as eating and sleeping.

These staff should have known not to place me back on the zone Therefore, they is (Intentionly) causing harm to me, a offender whos life indanger by these (gang members) ~ Even the ones on (Protective Custody) douhere the head of the gangs are making them proform such acts, upon Anderson

# LEGAL
## <u>RELIEF</u>

1. Request that all officers mention be <u>punish</u> for their action of disregarding the Protective Custody , policy , and MDOC! <u>Protection from Harm</u> policy and placing my life back in harm way.

CC/PF
PIC. 60361
LA.
ARP

/S/ _Leverngel Anderson_

EXHIBIT: <u>BR-015</u>

page 2 of 2



**U.S. Department of Justice**
Civil Rights Division

168-41-0/634081

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

June 05, 2018

Levinzel Anderson
#56485
W.C.C.C.
2999 Highway 61 North
Woodville, MS 39669

Dear Mr. Anderson:

Thank you for your letter.  The Special Litigation Section
relies on information from community members to identify civil
rights violations.  Each week, we receive hundreds of reports of
potential violations.  We collect and analyze this information
to help us select cases, and we may also use this information as
evidence in an existing case.  We will review your letter to
decide whether it is necessary to contact you for additional
information.  We do not have the resources to follow-up on every
letter.

The Special Litigation Section is one of several Sections
in the Civil Rights Division.  We work to protect civil rights
in four areas:  1) the rights of people in state or local
institutions, including:  jails, prisons, juvenile detention
facilities, and health care facilities for persons with
disabilities (including whether persons in health care
facilities should be getting services in the community instead);
2) the rights of people who interact with state or local police
or sheriffs' departments; 3) the rights of people to have safe
access to reproductive health care clinics or religious
institutions; and 4) the rights of people to practice their
religion in state and local institutions.  We are not authorized
to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work,
you may wish to consult the Civil Rights Division web page to
find the correct section:  www.justice.gov/crt.

The Special Litigation Section only handles cases that
arise from widespread problems that affect groups of people.  We
do not assist with individual problems.  We cannot help you
recover damages or any personal relief.  We cannot assist in
criminal cases, including wrongful convictions, appeals or
sentencing.

(more on back)

EXHIBIT: BR·016(a)

If you have an individual problem or seek compensation or some other form of personal relief, you may wish to consult a private attorney or a non-profit or legal aid organization for assistance. There are only two areas in which we can assist an individual or address a single incident: 1) we may be able to assist you if you are being prevented from practicing your religion in a prison, jail, mental hospital or other facility operated by or for a state or local government; 2) we may be able to assist you if you have experienced force or the threat of force when accessing a reproductive health care facility or religious institution.

For more information about the Special Litigation Section or the work we do, please visit our web page: www.justice.gov/crt/about/spl/.

Sincerely,

/s/

Steven H. Rosenbaum
Section Chief
Special Litigation Section

NOV. 6, 2017

TO: **U.S. DEPT. OF JUSTIC OFFICE OF.**
PROFESSIONAL - RESPONSIBILTY
20- MASSACHUSETTES AVE. N.W.
STE. -5100
WASHINGTON, D.C.        20530

FROM: LEVONZEL ANDERSON
#56485- W.C.C.C.
2999 HWY. 61- NORTH
WOODVILLE, MS.        39669

Re: PRISON RAPE ELIMINATION ACT OF 2003;
Anderson V. Morris, no. 4:16 CV 101 DMB -JMV

STATE OF MISSISSIPPI
COUNTY OF WILKINSON            **AFFIDAVIT BY**
                              **LEVONZEL ANDERSON**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED AUTHORITY IN AND -
FOR THE AFORESAID JURISDICTION, LEVONZEL ANDERSON, M.D.O.C. #56485, WHO
BEING DULY SWORN BY ME DOES DEPOSE AND STATE THE FOLLOWING:
    I LEVONZEL ANDERSON, DO HEREBY STATES THAT THE FOLLOWING IS TRUE
AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE:
                        I.
    THAT THE MDOC. MTC. OFFICIALS OF MISSISSIPPI ARE DEPRIVAING - -
ANDERSON, HIS RIGHTS OF FREEDOM, ACCESS TO LEGIAL ASST. CONTACT TO THE MEDIA,
UNION, ANY OTHER, ORG. THAT MIGHT CAN HELP ME WITH THIS "PRISON RAPE
ELIMINATION ACT OF 2003" THAT BEEN A "ONGOING RISK OF SERIOUS HARM,.
COVER UP'S of SEXUAL ASSAULTS by these GANGS of Mississippi, who inFACT RUN -
the penal system; officials aint trying to stop them. I have been sexual assaulted
I know for 40 plus times. And the lastest one was on the 28th day of October,
2017. On DELTA POD in, I wrote the ⟨ADMIN.⟩ who havent sent no body to talk
with. Toke me to medical, no, in type of incident reports', was made, etc As if -
they want me to have 'Harm' cause to me. They have some kinda big REWARDS
out on me., last I heard it was at $80,000; Before then it was at -
$100,000; its sarious, whatever they have on ... me, I'm not sure of - -
what it is, this is why I'm writting to see if you'll can send somebody to
talk with me, cause I'm noticing that the ⟨GANG MEMEBERS⟩ are working
together on this (project) and if 'anyone dont want to get in line they'll
stabb them - up.'
                        II.
    I am on Protective Custody P/C right. NOW, And they have gotten
to me atless 7 times at this prison facility, Wilkinson County Correctional
Center (W.C.C.C) Corp. M-T-C officials privaitly own. And they two (2) are -
with this (project) thats been going on for 'years'. They are attacking me in -
my sleep! n With the officers help. And recording it sending it out; to my -
family, friends, homosexuals, officers. And telling my family and friends (NOT)
to accept my phone calls, dont write me, send me money to my account ...
So I can't by no stamps to write home will have other inmates thats
not in a 'gang' jump on. 'Stabb' up, Even killed!

                              EXHIBIT: BRO16(a)

            page 1 of 2    (more on back)

And the officials knew whats going on, and up with the cover-
ing up. Us inmates on Protective Custody P/C aint safe at all!!

### III.

I am writing to seek some kinda help, on seeing why somebody
want me. To stay in prison ?? ~ I have someone in mind, but I.
aint certin; so thats why they are paying these ⟨gang members⟩ and
these officials, to stop me from getting OUT! ~~SECURITY~~ "SECURITY THREAT."
I do come up for parole, (FEB. 2018) Ive been down, since ⟨OCT. 26,1994⟩
Serving a <u>LIFE SENTENCE</u> <sup>w/</sup>parole for ⟨Murder and manslaughter⟩ --
convictions; And these peoples are trying my best to stop me ... By using
⟨tac-tics⟩ to have me to do something crazy! So they can record it, on
camera an give it to this <u>Mississippi Parole Board</u>, who will use this, and
it will be a good enough reason to set me off again for the <u>6th</u> times <u>years</u> at
a time, hoping this will '<u>trap</u>' me up in the system.

### Conclusion

Request an ⟨investigation⟩ be conducted by any /all of recipients
that this ⟨AFFIDAVIT⟩ is addressed and mailed to; and any ⟨RELIEF⟩
is <u>Just</u>. And Appreciate under circumstance. Thank-You, Any assistance
you may provide, with kindest regards. I am signed. This — day of
NOVEMBER 2017.

Sworn and Subscribed Before me. This the <u>2</u> day of -
<u>November</u> , <u>2017</u> .

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83744
ROSEMARY GATLIN
Commission Expires
Jan. 26, 2019
WILKINSON COUNTY

MY COMMISSION EXPIRE ~

Leernal Anderson
(APPLICANT)

Rosemary Gatlin
(NOTARY PUBLIC)

To: A.C.L.U. - NATIONAL OFFICE                                    NOV. 6, 2017
    125 Broad Street
    18ᵗʰ Floor
    New York, N.Y.          10004

From: Levonzel Anderson
      #56485 ~ W.C.C.C.
      2999 Hwy. 61- North
      Woodville, Ms.        39669

        Re: Prison Rape Elimination Act of 2003;
            ANDERSON V. MORRIS, no. 4:16 cv 101 - DMB - JMV
        · STATE OF MISSISSIPPI
        County of Wilkinson

                        AFFIDAVIT BY
                        LEVONZEL ANDERSON

        PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED AUTHORITY IN -
AND FOR THE AFORESAID JURISDICTION, LEVONZEL ANDERSON, MIDOC. #56485
WHO BEING DULY SWORN BY ME DOES DEPOSE AND STATE THE FOLLOWING:
        I LEVONZEL ANDERSON, DO HEREBY STATES THE FOLLOWING IS TRUE AND
CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE:
                                I.
        THAT THE MISSISSIPPI DEPARTMENT OF CORRECTION, (M.D.O.C.) ARE DEPRIVA-
ing. Anderson, of his FREEDOM, ACCESS TO LEGAL ASST., CONTACT TO THE
MEDIA, UNION, ANY OTHER ORG. THAT MIGHT CAN HELP ME WITH THIS -
PRISON RAPE ELIMINATION ACT OF 2003, THAT BEEN A 'ONGOING RISK OF-
SERIOUS HARM', COVER-UPS OF SEXUAL·ASSAULTS, by these GANGS of Miss-
issippi, who 'run' the penal system; officials ain't trying to stop them, I
have been sexual assaulted. I know for over 40 plus times, 'and the lastest
one was in the 28ᵗʰ day of October, 2017. On DELTA POD in cell 208 at the
Wilkinson Correctional Facility (W.CCF) _ WHERE I put sickcall in, I wrote
the (ADMIN.) who haven't sent no body to talk with me. took me to medical
no incident reports was made. etc. As if they want me to have 'HARM'
cause to me. They have some kinda big REWARD', out on me. Last I heard
it was at $80,000; Before then it was at $100,000.; its 'serious', whatever
they have on me, I'm not sure of what it is, this is why I'm writing to
see if you'll can send somebody to talk with me, cause, I'm noticing
that the <GANG MEMEBERS> are working together on this (project) and if -
anyone don't want to get in line, they'll stabb them-ups...etc.
                                II.
        I am on Protective Custody P/C right NOW, and they have gotten
to me at less 7 times at this prison facility, Wilkinson County Correctional
Center (W.C.C.C) Corp. M-T-C. officials privatly own. And they two (2) are
with this (project) that's been going on for 'years'. They are attacking me-
in my sleep!!~ With the officers help. And recording it sending it out;

                        page 1 of 2              (OVER ON BACK) ↓

EXHIBIT - BRENN(16)

to my family, friends, homosexuals, officers. And telling my family and friends (NOT) to accept my phone calls; dont write me, dont send me money to my account ... So I can't by no stamps to write home will, have other inmates thats not in a 'gang' jump, on. Stabb up, even kill! n And the officials know whats going on, and help with the covering up. U.s. inmates on **PROTECTIVE CUSTODY, P/C.** aint safe at all!!

## III.

I am writing to seek some kinda help, on seeing why somebody want me, to stay in prison ?? — I have someone in mind, but I aint certian; so that's why they are paying these (gang members) and these officials, to stop me from getting **OUT!** n I do come up for parole, in (FEB. 2018) I've been down, since (OCT. 26, 1994) Serving a **LIFE** sentence w/ parole, for (murder and manslaughter) conviction; And these peoples are trying my best to stop me ... Using (tac-tic)'s to have me, do something **crazy!** So they can _'recorded',_ on **CAMERA,** an give it to the Mississippi Parole Board, who will use this, and it will be a good enough reason to _set me off again_ for _'years'_ at a time; heping this will <u>trap</u> me up in the system.

• Sworn and Subscribed Before me, This the <u>8</u> day of <u>November</u> 2017

MY COMMISSION EXPIRES
ROSEMARY GATHIN

_Lionel Anderson_
     APPLICANT

_ROsemary Gathin_
   — NOTARY PUBLIC —



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
PELICIA HALL
COMMISSIONER

Audrey McAfee
Deputy Administrator

Administration
(601) 359-5636

March 30, 2018

Inmate:   Levonzel Anderson #56485
Unit:     WCCF

I have forwarded your letter to CID Chief Sean Smith in order for CID to conduct an investigation into your allegations. You should contact him or his team only with questions or concerns regarding this issue.

If you are not satisfied with CID's results at the completion of their investigation, you may submit your complaint to your facility's ARP office for consideration.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

PC: CID Smith
    RP
    File: I/M L. Anderson #56485

*Received: on - March 30, 2018 - W.C.C.F / J. Pod C/o Row*

*4A.*

*EXHIBIT: WCC 4*
*BR017*

To: ARP / DEPT.
GRIEVANCE

FROM: Lexonzel Anderson
#50185 Ad. Seg. 102 / J-POP

**March 28, 2018**

Administrative
MAR 2018
Ramedy Program
Dir.

MAR 30 2018

RE: This is a request for Administrative Remedy;
( Pelco footage review is requested)

To whom it may concern:

On the 27th day of March, 2018; Around or about 8:27 - 8:37 am.
I call PREA HOTLINE, At 9:30 - 9:50 am (Investigator Lt. Turner) came on
the Pod, (Ad. Seg.) at Wilkinson County Correctional Facility (WCCF) And went
up stairs to see cell: 201 and then left, with seeing me, I start writ-
ing a grievance, as when I was rapping it up, Here comes Lt. Turner
and Warden Toomey, After lunch time 10:00 - 11:00 am. Comes to my
cell stating you call P.R.E.A. I stated yes! Cause these inmates are verbally
harassing me, by calling me 'PUNKS' all day long; I tired of it And they
got some type of device watching me to "Thats not a reason to call -
PREA', stated Warden Toomey" I stated yes it is! She stated: NO ITS NOT!
* Lt. Turner took over, and stated "LOOK! You call PREA one more time
you f___ing, C___, Sucker! I'm gonna to take your scare a__ to
general population myself. And make sure they f__ you in the a__
Thats why! your a__ is in 'seg'. In the first place! You said some
one was f___ng & stroking their d___ in your mouth! ~ I stated,
'Thats not why I call 'prea', in what does that have to do__
with this inmates calling me names'? ~ You keep on talking I'm gon-
-na take your a__ to general population right now! ~ I said come
on with it, aint nobody scare of G.I.P!

Lt. Turner, told the officer; to get some cuffs, and she did. ~
Then he told me, to bag up, put both hands out, I did. Came out
he told me to catch the wall, when I did Lt Turner push me up
against the wall ~ 'Grab the shackles', he cuff one leg, took my shoes
off, I held the other leg out, he took the shoes off, cuff the leg, Then

page 1 of 2    (MORE ON BACK)    EXHIBIT 1
BR018

we walke out of seg. went up the hallway, without clearing - -
the hallway, of this PC inmates with (cuffs and shackles) - -
on we came up to a group of inmates with no restraints on
we then went into the [holding block] where he push me on the wall
hard... Told me not to say another word, pointing his finger!
I didn't. He open the holding tank door, push me in. Come back-
maybe 30-40 mins later. Told me to get my property, the best
way you can; I grab two (2) bags, then left out the door, where
he call on (walkey-talkey) mic. clear the hallway, from (holding tank
to 'H-T-K' where I walk down the hall, with in my boxes on socks
sheckle, and cuff from the back, with some of my property, went
to J-pod cell: 209 He later come back with the rest of my property
tells the inmate if I calls 'P.R.E.A' one more time, I'm going to let
one of ya'll come out and rape / his a-- for real!

WARDEN TOWMEY and LT. TURNER: Both are indirect violation of
the H.D.O.C./Policy title: Protection From Harm /SOP #20.05.01 page
2, lines 82-85 states: - Harassment and Disrespect - Talking to an offender
in away that is embarrassing or that ridicules or debases the offender
is abuse. The includes using LEGAL profanity', when addressing an --
offender; talking to an offender using words or voice tones that are -
humiliating, mocking, demeaning or embarrassing -
FAILURE TO REPORT: ~ Staff members who engage in abusive incident,
or who 'observe' such an incident, are required to immediately report
that incident! And if they 'failure to report' an incident of abuse -
will be treated as severely as having committed the incident.''

RELIEF

1. Request that the (above) mention staff meet with a Disciplinary
Board, and be punish for their violation.

1st Reverend Anderson

cc/pF.
DIC. 88161
NH
ARP. OFC.

EXHIBIT: DC 4
                                                    BRO18A

Mississippi Department of Correction

SEAN K. SMITH
CORRECTION INVESTIGATION DIVISION
633 NORTH STATE STREET
Jackson, Ms.    39202

STATE OF MISSISSIPPI
County OF Wilkinson County

## AFFIDAVIT OF ~
## LEVONZEL ANDERSON

PERSONALLY APPEARED BEFORE ME. THE UNDERSIGNED AUTHORITY. IN — AND for the AFORESAID Jurisdiction, Levonzel Anderson, MDOC #56485 Duly Sworn by me DOES Depose, And state The Following:

I Levonzel Anderson, Do Hereby states the following is true and — correct to the Best of my Belief and knowledge:

### I.

On the 29th day of January, 2018. Around 2:00-2:40 pm. At Wilkinson County Correctional Center [W.C.C.C.]; infront of ICAP OFFICE, in the mine Hallway (south) talking with Capt. Green, while sitting down on the floor. Told him of the problem I have with the same inmate he use force in the cell with me. He left. ~ <Investigation> a Lt. Turner, white guy, cause in seen me on DELTA pod after talking with on the 22nd call <P.R.E.A. / HOTLINE>, who left me on the Pod. When I told him my Life is indanger ...

### II.

Later, Lt. Miles, came infront of me, said "you're going on that pod!" I said "NO. Im NOT!," Mr. Mile stated "you're have two(2) verbal warning I —stated "one is gone!", so I have one left." Mr. Miles, told the Lt. Turner (Invester.) to use his cell phone, he got it. To Record the USE OF FORCE! he did Mr. Miles. stated something and "sprayed" twice[2] told me to get on my kneez, layed-down, I did. They handcuff me, Took me to Medical where the nurses took my temputer, bloodpresure, weight. ~ At NO Time! did Capt. Lts, or sgt tell the nurses that I had Mase! in my eyes, couldnt see; Burning. The officers took me — back on delta pod. Took the caff, off me then left. Without any relief, from the berning eyes ...

page 1 of 2

**EXHIBIT:** BR019

<MORE OVER →>

III.

I never receive my legal papers intill three (3) days later. That left in the hallway, where I had just send the courts a ⟨AFFIDAVIT TO THE -- M.D.O.C. COMMISSIONER FELICIA HALL⟩ And they was trying to get it or step it in the first place. Further, ⟨NO MEDICAL ATTENTION FOR THE BURNING OF THE EYES!!⟩

Sworn and Subscribed Before me. This The 22ᵗʰ day of ...

_March_____, _2018_.

MY COMMISSION EXPIRES:
ROSEMARY GATLIN

_(APPLICANT)_

_Rosemary Gatlin_
_(NOTARY PUBLIC)_

cc/pF.
DIE 4113
LA
AFFY
SK.S

LEGAL

page _2_ of _2_



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**PELICIA HALL**
**COMMISSIONER**

**Audrey McAfee**
**Deputy Administrator**

**Administration**
**(601) 359-5636**

June 4, 2018

Inmate:   Levonzel Anderson #56485
Unit:     WCCF

I have forwarded your letter to CID Chief Sean Smith in order for CID to conduct an investigation into your allegations.  You should contact him or his team only with questions or concerns regarding this issue.

If you are not satisfied with CID's results at the completion of their investigation, you may submit your complaint to your facility's ARP office for consideration.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

PC: CID Smith
    RP
    File

EXHIBIT: BRO20

TO: ARP / DEPT.
OFFICE

FROM: Levonzel Anderson
#526185 - DELTA 903

June 3, 2018

Administrative
JUN 2018
Remedy Program
DIR.

RE: This is a request for Administrative Remedy;
Ongoing P.R.E.A. violation, of Deliberate Indifference.

To whom it may concern;

On the 1st of June, 2018; Around 8:50pm - 4:30am. I had awaken from a sleep. I Notice my anal was feeling funny... So got up and ask my cell, have he touch my butt? Cellmate stated "NAW! I DON'T GET DOWN LIKE THAT"! I said do my self that Yeah he did it cause he's the only one in the cell: 207/DELTA POD, Wilkinson County Correctional - facility.

I have also other dates such as ⟨May 22, 2018⟩ when I was in cell 167, by another inmate, who had also violated the [Prison Rape Elimination Act of 2003] in which staff had violated my rights such as the 8th Amend. of the United States the Constitution, title "Cruel and Unusual Punishment"

At Farmer V. Brennan, 511 U.S. 805, 838-42 (1994) — Prison officials may be found liable under the "DELIBERATE INDIFFERENT" test denying humane condition of confinement only if they know that an inmate face substantial risk of serious harm and they disregard that risk by failing to reasonable measure to abate it. ~ I had let the intake staff know of my living condition, being sexual assaulted while in a deep sleep! which is a disorder that develop over the years... Staff and inmates are taken advantage of this condition. Trying to get me to act out, before coming back up for parole. ~ This is why the inmates are attacking me, in my sleep!

I never went to medical for none of these sexual assaults, to see if I have indeed been sexual assaulted; when I complain, I had also let the Administration of me being housed in a cell by myself, so I can't say if my cellmate done it or not... And they did; place me in a cell by myself so I cant accuse any, then they (remove) me, place me back on

page 1 of 2

SEE BACK →
EXHIBIT: BR020A

DELTA POD, where the sexual assaults continue, I was further ..
harassed, move from (Ad. Seg.) 102 to J- POD 209; after being over LONG TERM / without being classification
their for a week... Capt. Scott, and Capt. Green, move me back to
DELTA Pod; where assaults took place on 6th, 10th, of April, when Dr Dunn
Come on the zone.; 23rd, move to cell 207, and the 31st or 1st May and
June 2018. (I'm on psych. med. and place in cell with inmates thats nots who cause
these attack). Therefore, staff are condoning in Institution Abuse Practice, by ..
allowing these inmates to continuing with these sexual assaults.
And having to (Monitoring me with some kinda DEVICE), through the ..
inmates by the (Psych. Dept.).. This is the mean/maine reasons they-
have to keep me in the cell with other inmates, with this prison ...
official duty under the "Eighth, 8th Amendment is to ensure reasonable
safety" — They ain't done same I arrive. March 28, 2017.

<u>Relief</u>

1. Request that a (investigation) be conducted, to see why? They are-
letting these inmates to continue sexual assault me, over & over, even
after placing them of .. L E G A L notice of the incidents.

                                               /S/ Lorenzel Anderson

cc/ pF
OIC. 8103
LA.
ARP.

page 2 of 2                          EXHIBIT: BR020B



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
PELICIA HALL
COMMISSIONER

Audrey McAfee
Deputy Administrator

Administration
(601) 359-5636

July 2, 2018

Inmate:   Levonzel Anderson #56485
Unit:      WCCF

I have forwarded your letter to CID Chief Sean Smith in order for CID to conduct an investigation into your allegations.  You should contact him or his team only with questions or concerns regarding this issue.

If you are not satisfied with CID's results at the completion of their investigation, you may submit your complaint to your facility's ARP office for consideration.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

PC: CID Smith
      RP
      File

EXHIBIT: BR021

To: ARP / DEPT.
OFFICE

From: LELONZEL ANDERSON
#524985 - DELTA 109

Re: This is a request for Administrative Remedy;
— More P.R.E.A, violation on Delta Pod, —

**Administrative**
**JUL 2018**
**Remedy Program**
**DIR.**

June 27, 2018

To whom it may concern! **FACTS**

More "Prison Rape Elimination Act of 2003," has occured with me since I've been back on **DELTA** Pod: April 3, 2018 starting at cell 151 - April 6th, 12th, move to cell 307 more sexual assaults, has taken place on - May, 6th, 21st when Dr. DUNN, walk around, then on the 31st After my cell mate talk with (Invest. Turner) and told him he doesn't do that type of stuff, that night on the 1st "he made his move" June the 1st I move -- to cell: 203; two (2) week later I move to cell: 109 due to him having his custody change to C-Custody.; June 25th before cellmate was supposely went to the hosp. I notice when I got up I put a (ARP) in, which these (C.I.D.) P.R.E.A are not getting the complaints cause when I send them in I don't get no responsed on them.

These people are in direct violation of the P.R.E.A. policy #20.14.01, by not following the policys it self, one for placing me back on the very pod I first made the complaints at, and not placing me in cell by my. self. with knowledge of these inmates are attacking me in my sleep. And when I awaken I'll feel tempered with, this has happen over again. And yet I am still being subjective to more 'abuse' can't get no help for the staff who seem are the ones; egging these offenders to do this - violations. "8th" Amendment United States Constitution, title: Cruel and -. Unusual Punishment.

**Relief**

1. Request whos responsible for all these assaults be terminated from their job and position.

B. Lelonzel Anderson

cc/pf
DIC. 28-41
LA./ARP

**EXHIBIT: BR0214**

To: Warden
    Judy Bradley

PERSONAL
COPY
2-18-18

Re: More Harassment by inmates, perorder MH-Gale and
psych. Dr. Dunn— Mailed Legal Letters to Attys.

Dear Mr. Bradley:

    I am writing concerning to see why are your staff; is
breaking the laws and policy of M.D.O.C. #20.05.01 title: **Protection**
__from harm;__" by (1.) The inmates have some type of Listen monitoring device
that can tell what your thinking, how your feeling, wake's you out of sleep! put
evil thoughts in your mind as soon as you awaken! ~witches your every
move... __Live notice__ it's when I do something wrong; like rock to side side
I will hear inmates state "__Thats a punk!__"; if I scratch my butt; I'll hear
"Yeah thats a punk!" __No__ matter what I'm doing inmate are looking at it.

    I do believe they don't supposed to __no type__ of __Electronic device__
or parts; according to the M.D.O.C. __Disciplinary Procedures__; #18.01.01 which
make that offender breaking such rules as a category __C-7__ a major violation
For the __Record__; __NO__! I'm NOT losing my mind sir. If thats what your're
requiring. I've been going through with this some # years now And the ..
gang member stated it ain't going to stop! ~ I'm not trying to stop it just
go around it. Thanks for placing me in a (single cell) now I can't say.
someone in ø raping me... (2.) I like to also let you know, that I did
Mail out a motion to the U.S. D.C. I with a attached __ARP__- From Gia McLoed
and two(2) letters to the attorneys out of hattiesbury. Ms. Through the
(I Lap dept.) on Feb. 15th 2018. Didn't fillout postage fee slip like I always
do... She stated __no need__; I been fillout them so the dept. can take the funds
off my account. Since(2004) now it stop? Someone is trying to stop my mail from
going out. Can you check into this matter.

cc/pF.                                    /s/ Lawrence L Anderson
Doc. 44061
LA
  Warden. J.B

EXHIBIT: __BR022__

To: ARP/DEPT                                   Feb. 19, 2018
     GRIEVANCE

From: Lewrenzel Anderson
      #504185- Ad. l Seg. 102
      Re: Additional to A-R-P, Title: Intentional Infliction of Emotional
                                Distress, by Mental Health Care
                                Staff Counsel Gale and Dr. Dunn

To whom it may concern:
     On the 18th day of February, 2018. Around 4:20 am I heard -
inmate when I awaken, state 'yeah that's all I need to 'see', yacks a-
punk, he been a punk! Then the day started 'Saturday' someone mustve
took the device back... To get it charge up. Cause during the daytime
the inmate's didn't talk about (punk staff) while watching me inside
this cell.
     Right before shift, change, they receive the (Monitoring device)
back cause they slent back stating whatever I had going on in my
cell.
     On the 19th day of February, 2018. Around 2:20 -3:30 am I heard
cell 204 tell someone, whom I couldn't make out that "Naw. Yack can't
make like he's not', but he knows he's a punk! You seen that In I -
whenever I awaken up The (device) will have a picture of a penis their.
I know this (cell phone device) — And whatever room they place me.
in. Will be rigg up. So the device, will work 'adequately' I'm in
the second cell I've been in since my arrived here (March 22, 2018)
DELTA 208: Ad. Seg. 102
               - End -of- Statement -

                                /s/ Lewrenzel Anderson

cc/pF
p.c. 4567
LA. /ARP

                                      EXHIBIT: BR023

To: ARP 1 Dept.
    Grievance

Jan. 22, 2018

From: Lerencel Andersen
     #560185 - DELTA

Re: This is a request for Administrative Remedy,
    Denied The Right To be Rehoused, for more.
    (P.R.E.A of 2003)

JAN 22 2018

Administ....
JAN 2018
Remedy Progra....
DIR.

To whom it may concern:

I'm writing to let the Administration know ~~that~~ I am
still being harassed on Delta Pod by these (Gang Members)
who is attacking me in my sleep. After letting Ranking Staff
know what talking place. Who in return, place another —
offender inside the cell with me... JAN.3, 2018 another
(P.R.E.A of 2003) has taken place with me in cell 208. I —
wrote the Ms Tolliver, the new casemanager of C.D.C who
come on the zone (Jan.5, 2018), went to every door, talk with
ever inmate on the Pod except me. When I call her she
keep on going.

Staff are making sure these inmates, sexual assault me
still don't ~~stop?~~ know why? or their purpose for doing so,
Either way, they know of my condition, when I first made
it I told them ~~that~~ I couldn't be housed with another —
inmate cause they are playing in my butt & mouth, when
I'm sleep!! n Instead they still place (Raymond Pitts) in
the cell with me who violated me, then left.

Whenever, they casemanagers come on the zone, they will
make up all type of loud noises, as if they ~~being~~ wanted to fight
eachother, cursing so on! n ~~Their~~ they will get infront
of me, its on (Camera) n Grabb! themselves in my present.

page 1 of 2    (more on back)

EXHIBIT: BR024A

A direct violation of the (Prison Rape Elimination Act of 2003) — And it still keep on going even Right Today! Aint Nothing been done about it they aint trying. to place me where I can be safe away from all these "PREDATERS!"

<u>Relief</u>

1. Request to be rehoused, in a cell by my self at any. facility that housed Protective Custody P.C. offenders

/s/ Levonzell Anderson;

Cc/pF
DIC.3246
LA/ARE

LEGAL

page 2 of 2          EXHIBIT: BR024B

To: ARP / Dept.
GRIEVANCE

Personal
Copy
3/28/18

Re: This is a request for Administrative Remedy!
More Ongoing Harassment Verbally by inmates -
with Monitoring Device —

To whom it may concern:

On the 27th day of March, 2018 - Around 4:49am 5:20am
inmates in Administrative Segregation (Ad. Seg.) — On the Left side of
the zone, starting from cell: 106 - 109 top and bottom tier. At
Wilkinson County Correctional Facility (WCCF). Which can tell what I
am thinking, how Im moving in this cell; with a (Monitoring Device)
inwhich they are not scappose to have in their possion.

Are reading my thoughts; calling me punks, thats a punk-.
Showing the vidoe, to inmates who come on the zone, like on the
about date morning maybe 7:50 - 8:10 AM the inmate gose to his
cell: and see the vidoe; state HELL NAW! Before Leaving off the zone
Review Pelco Fartage. I stated Im going to call the P.R.EA. HOTLINE
today. I did stated my problem at 8:27- 8:37am; Later The.
Investigator Turner comes on the zone, I waive at him see Pelco, vidoe
he makes like he dont see me; gose up stairs to cell: 201 and pick
a arguement with him, telling him that he's going back to (E pod) this
was around 9:35-9:55am Then Left. Never comes to the door to see
of my problem. .

PROTECTION FROM HARM' at page 2 line 45-63 - states in part:
• Embodied within these rights for offenders is the right a safe-
onvironment. Staff will not subject offender to any of the following.
coniditions: Mental abuse, Deliberate or unnecessary personal injury
any form of harassment to include sexual-harassment, Humiliation
Punitive interference with the daily function of living such as eating
and sleeping.

page 1 of 2

EXHIBIT: BRO25A

<u>REPORTING</u> — Staff members who engage in abusive incident, or who observe such an incident, are required to immediately, report that incident" _ "Failure to report an incident of abuse will be - - treated as severely as having committed the incident"

### ReliEF

1. Request when all involved in the (above), mention be terminated from their job /position

cc/ pF
DIE 7714
UA./ARP

/s/ _Leveryl Anderson_

EXHIBIT: <u>BR0258</u>

page 2 of 2

**HEADQUARTERS**

To: MRS. MARJORIE (Director) Brown.
500 N. MARKET PLACE DR.
CENTERVILLE, UT.    84014

*Personal Copy -*
*JAN. 3, 2018*
*Mailed: Jan. 10, 2018*
*- (C-D-E)*

From: LEVONLE L'ANDERSON
#564485 - W.C.C.C.
2999 Hwy. 61 - North
Woodville, MS.    39669

Re: **REHOUSED** TO A FACILITY FOR PROTECTIVE CUSTODY,
**SINGLE MAN CELL**'s 'PRISON RAPE ELIMINATION ACT OF 2003'

DEAR MRS. MARJORIE:

Please be advise I'm writing seeking your **assistance**, and either place me in a (**single man cell**) or move me back - to M.D.O.C. / where they housed **Protective Custody (P/C)** — Offenders, in cell by themselves. Due to me having numberous **violation** by both **offenders** and **employees State** and **Private** staff; are the meances, whos engaging in these **Prison Rape ELIMINATION ACT OF 2003**; where staff **are** aware of the condition I'm in - WHERE, inmates attack me in my sleep. **Doing Lords** knows what Eitherway, I've told every body know when I **first** came -. down here, **"March 22, 2017"** — I told all the **Counsel's I've** been **"rape in my sleep,"** and that I have to be **in a cell** by myself ~~God~~ so I cant accurse **anyone** for attacking me **in my sleep.**

Cause, this is why I'm on (P.C). **LT. Lola Nelson**, place me on their; do ~~this~~ me having many (**P.R.E.A of 2003**) violation, happen to me over the years; at **Parchman, Ms. (M.S.P.)** so she sent me down here... But it only made it worster! Cause now they have me on a **"ZONE full of homosexuals;"** undercovers; activeones as well. Since then, I've been sexual assaulted, verbal-harassed, - mental psychologial trumma ~~tac~~; from a series of 〈P.R.E.A. of 2003〉 violations.

page 1 of 2

(SEE BACK FOR MORE) →
EXHIBIT: BR026A

I talk with the wardens, I wrote the **C.I.D** (Sean K. Smith) filed **ARPs**, over and over again... Still they left me here for another, "Prison Rape Elimination Act" To take place, even the <u>psych. file</u>, have first hand, notice of these 'P.R.E.A.' violations. And still left me on this zone. To have [MAJOR DANIELS]; tell **Capt. Green**, to put a inmate in the cell with me... I wouldn't let him in at first, <u>Capt. Green</u> call for (maintence) to take my door apart, first placing me in (hand cuffs) — **NOT** one time did, call the <u>psych. Dr./</u> <u>counsels</u>; to see what problem I might have; I told them that I've been **RAPE!** THATS WHY! He still gave the mase! for me... Eitherway, On the <u>2nd</u> I have reason to believe that I was sexual harassed, ~~while~~ I was sleep. Then when I awaken. I heard inmates on the bottom tier saying that "some one is a <u>Punk!</u> Shaken <u>his hips</u> <u>from side to side.</u>" I wrote the medical Dept about someone havent a ⟨Montioring Device⟩ And that I'm in a cell where the device ~~works~~ work." This is why they want ~~LEGAL~~ somebody in the cell with me all time. They are placing my life endanger by putting these **GANG-MEMBERS**; ~~~~ who are the ones thats helping these officers. Messover me. So now before going to the courts, on a civil matter. I came to you <u>first!</u> Move me to a <u>single man</u> <u>cell</u> or/ off to another prison such as "Rankin County". Center Miss Corr. Fac. (CMCF) — Thanks for your time, looking forward on hereing back from you on these <u>issue</u>.

CC/pF.  
Dic. @122  
LA/ MTC. CHIEF  
M.

<u>I Leonzel Anderson,</u> swear under penalty for perjury, that the (above) mention is true and correct to the best of my knowledge. Execute on <u>Jan. 3rd 2018</u> at <u>Wilkinson Co.</u>  
/S/ Leonzel Anderson

/S/ Leonzel Anderson  
#56485  PRO SE

EXHIBIT: <u>BR026B</u>

page <u>2</u> of <u>2</u>

So now I'm seeing whats going on; staff are working with these (GANG Memebers) to sexual assault me, or harass, every chance they did do to the -- (Monitering System) they have instored, in this cell.

And given it to the inmates, to watch me in this cell; which is a direct violation of my rights to be - (protected from harm) - while on Protective Custody, PC- This is what I believe is 'why?' this (Admin) will not place me in a cell by my self. (PREA) knowing this and still doing it without my consent is a violation of the 8ᵗʰ amend. U.S.C. and 14ᵗʰ amend. Due-Process. Their was not proper notice given to me. That a inmate will have, a 'recording device monitering system.' - So they -- can make up things as they'll need, to prove that I- supposed to be making these story up.

Psych. Dr. DUNN, came on the zone, I told her that the medicine aint working "cause I still believe these inmates are sexual assaults; she got my MDOC. Number, two (2) days later, I wasn't receiving my (benyadrile) with this two (2) 15ₘₘ blue pills; where she added another pill- and took away. the balance pill for (side effect) - Now, when I wake up I be (DIZZY, MOUTH DRY, EYE BLURY) weak; don't know the name of the them; but they are supposed to help you sleep better. — I DONT NEED TO SLEEP. I NEED NOT TO SLEEP HARD! IS HOW I'm BEING ATTACK BY THESE (GANG-MEMBERS)

CC/pF.
Pic. 6413
LA.
Dr. G.P.

Personal
copy
1-9-18

/S/ *[signature]*

page 2 of 2

EXHIBIT: BRO26B

To: Ms. TABLIN, in house / carnation;

*Personal copy*
*12-31-17*

Re: LiFe in danger need to be rehouse;

Dear Ms. Tablin:

Im writing this letter seeking some assistence on being re-housed; do to my safety is being place in ~~Jepardy~~; Any place will do; cause Ive been trying my best to keep a cell to my self cause Im on -P C- due to Im being attack,* ~~a~~, in my sleep.; being harassed every chance to make me act out in violence; knowing this well stop my chances of make parole; and this is the reason to keep me in a cell with another inmates, I am letting you and the admin as well whats taken place with me at this prison. And nothing has been done about it Thanks for your time.

/S/ Leigh Anderson

To: Warden
Jody Bradley.

( DEC. 31. 2017 )
PERSONAL COPY

RE: BLOWERS, STAY ON MORE THEN NEEDED; —
FOR RETALIATION;

DEAR Mr. Bradley:

I am writing concerning (Retaliation) with the use of the (BLOWERS) on C-D-E. Longer then needed. For the days, 29th 30th, 31st of DECEMBER, 2017. — who's ever in control of cutting off of the BLOWERS; HAS left the (BLOWERS) on over (11 ~~xxxx~~ hrs) I know... with the cold Air outside, coming in the building... Having me to become ill; Frozen; uncomfortable; Due to inmates, setting Fires, on the other tiers. And the person who have the power to keep this from happen allowed it to continue; and this have allready happen over the Holidays.. But I do have a running nose cause of the different change of the weather; I hope your holidays where pleasant as mine. And Thanks for all you and your staff has done for me,

/S/ Leigh Anderson
EXHIBIT: BR027

DR. Gloria Perry M.D (CHEIF)
633 North State Street
Jackson, Ms.          39202

Personal Copy
1-9-18

Re: Denied medical health cares failure to-
Provide Adequat/P.R.EA.(INVESTIGATION)
MEDICAL INCIDENT

DEAR DR. PERRY;

I am writing concerning me not being properly
EXAMINE; to determine if a P.R.E.A. has happen with
me; as I complain about; place a (sick call) in the box
Two(2) of c. come to my cell that night; and ask me
whats the medical problem? I said it on the sick call
I said I need to talk with the psych doctor. They left
Now, Im trying to let somebody know about; me being
Violated; when they put somebody in this cell, Jan.3,
2018 OFFICER LEFT our DOOR un lock, at no time did any
One come in check on the doors.

Either way, I woke up. feeling tampered with again
at this facility; aint nobody give a damn, one way-
or another; SOP. NUMBER #20.14.01, at page 9 of 38
Lines 418-420, state:(C) The agency shall offer all victims-
of sexual abuse access to forensic medical-examinations, -
whether on-site or at an outside facility, without financial
cost, where evidentiarily or medically appropriate. Such -
examinations shall be performed by Sexual Assault Forensic
Examiners (SAFEs) — [Prison Rape Elimination Act of 2003]

AFTER having several incidents happen with me -
at these facility's, but aint nothing being did about it.

EXHIBIT: BR027A

page 1 of 2

To: Mrs. Arbanoth
Case Manager
Superviser

Personal
Copy
#1 11-2-17
#2 11-2-17

Re: Updated parole notice; Application Form —

Dear Mrs. Arbanoth:                          DATES_____

I am writing you concerning me coming up for parole —
on this life sentence I'm serving, let me give you the run down on
whats been taken place with me; concerning this parole issue okay.
For the last two (2) set offs; by the board I was without a ---
Application Form, filled out; no news papers notice to the county where I
caught my charge at... For public notice so the 'board,' didn't have nothing
really to go on; cause the case managers didn't send them the parole application
for them to go by... So they did what comes next. (Set me off!) Now, I
sued those peoples who are trying to keep me here... And other words if you
are trying to keep me, (incarcerated place re move yourself or your workers away
from my case... Before you even have to do any wrong dealing in my case cause,
its alot of stuff, dealing with me, makeing parole' some body dont want me —
to get out!! - I dont know who it is, but they'll call you and let you know
to stop me any way you can. And you'll be a defendant in my up coming suit
cause (one) I told you and your coworkers that I'm getting 'rape' in my sleep! -
you didnt do nothing about it, and several more times, and I still couldn't
get no help! (two) I already sued your boss (Pamla Robinson) so you know she
wants some git back! - three (3) I'm telling you (Now) its going to be some foulplay
with this parole, so You do your job! Thats all I'm asking. Get out of my way.
I have a great deal of respect for you, and your co workers, and I'm not
trying to lose none. I wrote every body I can think of about this parole issue.
and so were in my bone; I believe this is where all this homosexual stuff is—
coming from, some body want me to be a punk so bad! To where they are makeing
me act like one, by mere words, have recording deveice in my cell; where (montened)
place it in here when I first got here... And have all the (gang members) to partic-
ipate in this little program; that have with me. — And all they trying to do is to-
get
me

page 1 of 2                          EXHIBIT: BR028A

to hurt somebody!! ↗ it can show on my record. That I'm still with the violence, he still havent learn his lesson, set him off three (3) more years... You see where I'm getting at?? They are using the system against me. To have a reason(s) to keep me in here. I'm tired of doing time! I tried to be good and do the right thing. Hopefully they'll let me make parole. And I get out, and stay out! But how can I, do the right thing when I - peoples, on the outside as well? Trying to keep me in here as well. This is all true what I'm telling you... They got a 'reward' of $80,000 now! For who all can help help keep me lock up! Yeah, these (gang members) are -- trying their best to get it --- They can't kill me, I get to be alive, in order to recieve any of this money! They scared my poor family to death! They - losing their houses, land etc trying to keep me alive! low down bitches!

This just a lit bit whats happen with me, but back to the issue. I need to have, a (halfway house address) so I can parole to; can't be from (Jackson) got to be some where else. They'll be waiting on me their.— So find somewhere else; to parole to; this was the big deal last parole hearing (addresses) so have that ready to, Ms. Arrington, is cool, but she have to many issues dealing with these (NIGGAZ) back here, she'll be the one to do the application form for parole! ~ I supposed to come up two (2) months pior, the orginal date. (Feburary 24, 2018) two (2) months will be (Dec/2017) so its about that time looking forward on hearing back from you soon concerning this issue.

Sincerely,
Lorenzo L. Anderson

Personal
copy
11-2-17
11-9-17

cc/pf
bic. 6457
LA cm-A.

EXHIBIT: BRD28(B)

page 2 of 2

To: _Warden_
Jody Bradley.
OFFICE

(Personal Copy
12-7-17)

Re: STILL being harassed by these homosexuals
on DELTA Pod daily; (P.R.E.A of 2003)

Dear Mr. Bradley:                    __NOTICE__

    I am writing concerning these inmates have some type of recording
device in this cell on this zone, that can detche my thoughts, my movements.
this thing even wakes me out of a dead sleep!! ~ And this is being going
on for _8 months!_ ~ I wrote you, Ms. Tarney, Major Daniels, Larry Lee -
the Psych. Doctor, the psych counsel Gaile, and they just ignore me as-
if I don't know what I'm talking about, before I file into the court
or this (Prison Rape Elimination Act of 2003)_ I'm given you a chance to-
investigated it...

    I am in receipt of my mail not going to certin officials, such U.S.
Dept. of Justice, _A.C.L.U./M.D.O.C._, cause the same things I'm complainting
about in the (AFFIDAVITS) still gose on _today_; with this inmates, having
control over us inmates on this zone. Let me _remained_ you again _Mr._
_Bradley_ since you don't give a _DAMN!_ ~ There **are** (ZERO Tolerance) against
Sexual assaults and Sexual harassment! And ya'll are not responding to
it regards to policy, personnel, and physical plant...

    I believe the device is now, down stairs, from cell (_101_ - thru _108_)
cause they are letting me know, whenever they get the chance by waking
me up every morning saying the same ole stuff. "__That's a Punk!__"

    You have been place on `__notice.__`

                     /S/ _Larry Anderson_

cc/pF.
pic: 7172
LA
  D.B.

EXHIBIT: BR029

To: ARP 1 OFFICE
    GRIEVANCE

Personal Copy
1-5-18

Re: This is a request for Administrative Remedy.
    DENIED THE RIGHT TO BE REHOUSED; for more
    (P.R.E.A of 2003)

To whom it may concern:

I'm writing to let the administration know that I am still being also harassed on DELTA POD; by these (Gang Memebers) who is attacking me in my sleep. AFTER Letting Ranking Staff know whats taking place. Who in return, place another offender inside the cell with me... Jan. 3rd 2018 another (P.R.E.A of 2018) has taken place with me in cell: 208. I wrote the Ms Tilver, the new Case manager of C-D-E, who came on the zone (Jan. 5, 2018) went to every door, talk with ever inmate on the Pod. except me. ~ When I call her; she keep on going.

Staff are making sure these inmates; sexual assault me; still -- don't know why? or their purpose for doing so. Eitherway, they know of my condition, when I first made it. I told them that I couldn't be housed with another inmate cause they are playiing my butt! when I'm sleep!! ~ Instead they still place (Raymond Pitts) in the cell with me who violated me; then Left.

Whenever, they case managers come on the zone, they will make all type of loud noises, as if they want to fight eachother, cursing, so on!~ Then they will get infront of me; its on (camera) in grabb.! themselbes, in my present...

A direct violation of the (Prison Rape Elimination Act of 2003) - And it still keep on going even right today! Aint nothing has been done about it they aint trying to place me where I can bex safe away. from these "PREDATORS"

## Relief

1. Request to be rehoused, in a cell by myself at any facility that housed Protective Custody PIC. offenders. /s/ Lewing Andem

EXHIBIT: BR036

To: Warden
    Jody Bradley

Personal Copy
Jan. 22, 2018

Re: More P.R.E.A violations taken place;


Dear Mr. Bradley:

   Now, you can see for yourself, review the (camera) around 2:50 - 3:30pm on the top tier you'll see a (white male) standing in my veew of the (T.V.) grabbing on him self intentionly! ~ Before then, when I was walking around the day room, watch how the inmates jump in front of me, several different times trying to make me run into them. And the nite before, I was violated - again! While I was sleep! woke up mouth was off!! Had a bad taste in it couldn't ~~even~~ brush cut. . . Another <u>P.R.E.A</u>, violations has taken place I'm trying to see what I have to do; to get some relief other then hurting somebody! Cause I wrote over & over nothing has been done about it.

   You have been place on (NOTICE)!

                                          /s/ Leroy L Anderson

c/pf.
DR. 6611
CA
W.O.D

To: W.C.C.C   *DANIEL
ADMIN.   *BRADLEY   (WROTE ALL)
        *Arbanett

October 21, 2017

Re: ONGOING Verbal and physical harassment;

DEAR _____ & ↑ (ABOVE OFFICIALS)

I am writing to see if you can check with the
this harassment that causeing mental-problems with
me... Cause it seem if the "psych. dept." ... Have alot to do
with WHAT happen with me at this prison; cause I'm noticeing
when I come out of my cell... I'll see inmate grabing on...
themselves, talking all day long; that somebody is a punk —

And, these inmates have a (monitoring device) that
call tell what you are thinking! Can even wake you up...
out of a sleep! ⟨DEEP SLEEP⟩; Cause as soon as I get up I
hear inmate "THATS A PUNK! HE'S A PUNK!", and this will-
take place on the weekend; "FRI. SAT. and Sun". When aint no-
officials aint here; so just in case I want to run my mouth
like now, it want matter. Cause, don't no other officer give
a heep! That they can do this; and get away with it.

HERE I am having to hear this bull, everyday;..
Now, who I think, brings the device in, is the inmate who
goes out the door... To talk with the person, Mental Health
Counsel Gile; cause two to three weeks ago when in his office
the man, a employee of M.T.C. not being professional. in
his job title; or position. Had call me a 'punk' I was shock!
Knowing he's a mental counsel, and so supprese to help other
then hart...

page 1 of 2                    EXHIBIT: BR032

And another LT.' when going to ILAP/SERVICE'- was making a sucking sound; right when I was about to step in the (ILAP dept) — A black male, late 30- early- 40s Lt. bold headed... He to was being unprofessional -- in his job / title.

I'm trying to see if you are aware of whats happen with me, on 'delt pod.' I'm sure I aint losing my mind and that its been going for months I just said some thing about cause, now its start back again. And they gave the-- device to (Inmates) on this pod... And every body calling punks; its gotten old. Plus, its messing with my every day living. Medicine not working; And leek into my mail thats been place in the box my self. Going to my family, Where these inmates, will look into what I'm writing, when my back turn reading my mail... Will rewrite or dont send the letter out

[IF] they see anything, concerning them doing this type of harassment; Infear, they'll get into; and its mostly the whole pod... So they are getting paid to do this; or— they wont have nothing to do with. At all;

I'm looking forward on hearing back from you on these issues. Thanks for your time.

Sincerely,

Larry Anderson

cc/pF.
DOC.0277
LA:
/wardens
Toomey
Abranut
Bradley

page 2 of 2

Personal copy 10-27-17

EXHIBIT: BRD338

c/m Arrington

(NOTICE)

I'm writing to see why you didn't call me back out to sign my papers. for whatever, from my undrstand a inmate said they where my release paper is that true? ~ I'm requesting to see why are you with hold my papers for release?? ~ And I didn't refuse to see you I came in your office. but you had more inmates in the office. Told me that you was going get me 'Friday' came, you still didn't call me. Why? are you holding me at that prison, when its time for me to come up for parole I knew something wasn'tright everybody was too friendly!

Well to inform you I wrote ~~Mrs.~~ Abraneth, about how you'll relieve me the proper ~~paper~~ proper paper for the ~~board~~.
THANK-You.

1st Kenneth Arrington

---

c/m Supervisor Mrs. Abrabeth,

<u>NOTICE</u>

Personal Copy
11-26-27

I am writing you to see why are the officer and Casemanager - Arrington are denying me the right to have the application for parole decision; she call me to the office, <u>thursday</u>; after I came from the (ILAP service), then ~~Ms.~~ I was call to the clinic, when they get done, trainee c/o Jackson, came to kick me up! Their was a inmate standing by the door, writing with ms Jackson, who knew I was on Protective Custody this inmate was (General Population) why was he outside waiting on whoever?? the he walk us to the (crash-gate) s'teel there ontil it open; then he ~~the~~ turn around then walk up the hall himself; showing me that he can do badly harm to straight violation by c/o Jackson if thats his name ... They are still playing games with me remeber. if the parole board don't receive those papers its on you call this will be my third (3rd) time, letting you know whats happen with me. dealing with me coming up for parole, now you are gonna blame it on the holiday next?? (<u>23 yrs</u>) what you doing is old game. Kenneth Arrington

EXHIBIT: BRASH

*(struck-through lines at top, illegible)*

PERSONAL
COPY
11-7-17

C/m Arrington:

~~Request~~  Request

I am writing to see if I can receive a <u>Parole decision Application</u> Form; and I **need** to talk with my family, send me ~~some~~ some <u>indigent</u> stamps I'll need three **(3)** of them. **Why?** you didn't see me last week? I'm getting ready to come **up** for **parole**, ~~so I can~~ need to know if I'll have to fill out a **Application Form**, with the Form for public notice of parole, to send to the. `<u>News Paper</u>,' for general circulation in the county in which the crime was committed. — Request to receive the Listed information, or call me to your -- office. Thanks for your time.

cc / PF.
Die. **9901**
LA.
    c/m A.

151. Leroy J. Anderson

---

C/m Brown:   <u>Inmate Request Form</u>

Personal
Copy
11-7-17

I am writing to receive another '**mattress**'; **2x**-paints B/L; can be old just need **one**, cause I don't have nothing 'but one. And need a <u>top</u>/ for my **Locker** box.

• Said something about getting my coat
  Back from the (Laundry) need it **bad**!

cc / PF.
Die. **9902**
LA.
  c/m B.

151. Leroy J. Anderson

---

<u>Inmate REQUEST Form</u>

TRYING TO FIND OUT WHO'S GIVEN THESE 'INMATES' THIS **DEVICE**! THAT **CAN** CONTROL MY MOVEMENT, LOOK AT **MY THOUGHTS**, EVEN TOUCHES LAST **KNOWN** CELL **204** (LATE NITE) TO HAVE IT. I WANT TO KNOW '**WHO**' IS GIVEN IT TO HIM... WHICH IS AGANIST STATE **LAWS** & **POLICYS**

cc / PF.
Die. **9903**
LA.
CM-L.L./ INUSTR.

Personal
Copy
11-13-17

(MOREOVER.)

151. Leroy J. Anderson

To: Arp / Dept.                                    DEC. 7. 2017

From: Levranzel Anderson
      # 56485 - DELTA 208

Re: This is a request for Administrative Remedy:
    Ongoing violation of Prison Rape Elimination Act of 2003"

To whom it may concern:      **<u>FACTS</u>**

    I am writing cause I still being imposed to sexual harassment, on the same zone, by the same inmates; after telling the "Correctional Investigation Division (C.I.D.), Mr. <u>Sean K. Smith</u> that these people are allowing these <u>inmate</u> to continue to -- recording me, monitor me; <u>without</u> my permission; and pertending that I want this to happen <u>**THAT'S NOT TRUE**</u>! ~ Even chance these people get they'll get somebody either to walk by me "grabbing - themselves," when I'm sleep they ~ keep on say '<u>Yeah thats a punk</u>.' Whenever the Casemanger, comes on the zone, the inmates will <u>pickfight! - arguement out Loud</u>!! ~ Directing it towards me. But talking to another inmates indirect.

    It's all type of <u>P.R.E.A /violation;</u> taken place with me <u>Dec. 1, 2017</u> night. I woke up again with some black clear oil staff. From my <u>Anus</u>. I'm in the cell by my self. So didn't put their, some one had to come in my cell, did it. While I'm sleep! The tape need to be rewind ... A <u>c/o</u> Anderson, was working the floor that day or night the problem, is I cant get these officials to -- investigate, the **matter** when I let them know... They'll always call the (psych dept.) happen with me. These are too many peoples involved, for them not to know...

<u>**Relief**</u>
1. Request that all the (above) mention _ be (investigated); and . any personnel responseable be (termiated). For their action.

                        /s/ Levranzel Anderson

EXHIBIT: BR-D35

To: ARP/ Dept.

DEC. 7. 2017

From: Leuzel Andersen
#56485 - DELTA 208

Re: This is a request for administrative remedy;
"Ongoing violation of Prison Rape Elimination Act of 2003"

To whom it may concern:

## FACTS

I am writing cause I still being imposed to sexual-harassment, on the same zone, by the same inmates; after telling the "Correctional Investigation Division (C.I.D), <u>Mr. Sean K. Smith</u>: that these people are allowing these <u>inmate</u> to continue to, recorded me, monitor me; <u>with out any premission;</u> and pertending that I want this to happen <u>Thats NOT True!</u> ~ Even chance these people get they'll get somebody either to walk by me "grabbing themselves", when I'm sleep they, keep on say '<u>yeah thats a punk!</u>' ~ Whenever the Case manager, comes on the zone, the inmates will, <u>pick fights!</u> <u>arguement out loud</u>!! ~ Directing it towards, me. But talking to another inmates. It's alltype of <u>P.R.E.A. /violation;</u> taken place with me, <u>Dec. 1, 2017</u>. I woke up again with some black clear oil like stuff, from my <u>Anus</u>, I'm in the cell by my self. So didn't put it their, someone had to come in my cell, did it. while I'm sleep! The tape need to be-reword ... A <sup>C</sup>/o <u>Anderson</u>, was working the floor that day or night the problem is I can't get these officials to investigate the matter when I let them know ... They'll always call the (psych dept.) as if I don't know whats wrong with me. This is (indentrenly.) happen with me. There are to many peoples involved, for them not to know ...

## Relief

1. Request that all the (above) mention, be (investigated); and any -- personnel responseable be (terminated). For their action.

cc/ pF
Dic. C/13+
UM/ APR

/S/ Leuzel Andersen

EXHIBIT: <u>BR-086</u>

To: ARP/DEPT.
   OFFICE

*(circled, top right)* PERSONAL COPY 11-14-17

Re: This is a request for Administrative Remedy;
    Denial of Legal Mail;

To whom it may concern!

On the 6th or 7th day of Novembers 2017. Came to my cell switch a letter; and was about to give it to me, intil I said "come on with it", and "you come on in with it" — Just "Flirting" not meaning no harm, she said "OH HELL NO! LEFT with my mail", and never came back!! This was her intention the whole time, she was wearing those tight pants I couldnt take it I had to say, something!

Eitherway, I didnt do nothing for her not to give me my legal mail... She didnt write me a (RVR); so it couldn't be that bad - she didnt call for backup for a 'Sgt. and up', so she is in violation of the law! title: Cruel and Unusaul Punishment, a 8th amendment - constitution; U.S.C.

She knew I needed those papers for the court; and she doch ill like I had a gun or something! And still aint come back;

## Relief

Request that This (mail inspector) receive disciplinary for her denial - of legal Mail service.

cc/pk
Dic. 8327
LA/ARP

81 *(signature)* Larry L Anderson

EXHIBIT: BR-037

To: Warden
   Jody Bradley

Personal Copy
Jan. 24, 2018

Re: Denied the right to be Protected;
    (NOTICE)

Dear Mr. Bradley:

I'm writing to see why are you'll are dening me the right to be protected from harm; I call the P.R.E.A HOT/LINE... Seven (7) Time on Jan. 22nd, 23rd 2018; came on the zone, talk with me... Said he'll be back but never came back. Left me on the zone; for more sexual harassment to continue; look on the 'camera', the bald headed inmate, walking around in a circle around the zone with his hands in his paints...

Then, another inmate came out of his cell, when I -- walking up the stairs, grab himself, right as I made it to the top of the stairs sexual-harassment. This is.. what I'm going through everyday on this POD. By the .. (GANG MEMBERS) —

Why I can't be transfer to another facility that house 'PC' inmates... Suchas, Rankin Counnty, or Green. County its not hard at all. Since aint no room for single man cell. I believe the (Admin) are in with these .. sexual-asscults; thats happen with me.

181 Larry J. Anderson

CC/pF.
DC.0331
LA.
WJB

EXHIBIT: BR-038

## Mississippi Department of Corrections

### Response to Request for Assistance (ILAP)

Date: **1/22/18**

Inmate Name ~~Lewonzel Anderson~~ MDOC# **56485**    Unit **D-208**

Your request for legal assistance was received in this office on _____

**COMPLETED**
**1/23/18**

_For Inmate Legal Assistance Office Use Only_

____ 1.   Post Conviction Collateral Relief Packet sent to inmate via hand mail
          ____ First Step   ____ Second Step   ____ Specific Case law
____ 2.   42 U.S.C.A. 1983 form ____ Northern
____ 3.   28 U.S.C.A. 2254 form ____ Northern ____ Southern sent to inmate via hand mail
✓ 4.   Requested cases, statutes, etc. were sent to inmate via hand mail
____ 5.   Notary services are scheduled for _____
____ 6.   Attorney/Paralegal conference is scheduled for _____
____ 7.   Legal mail will be picked up on _____
____ 8.   Legal material will be picked up for copying on _____ Legal mail logged out _____
____ 9.   MDOC Policy and procedure # _____
____ 10.  Attorney call is scheduled for _____ will be viewed on _____

Supplies/Form Sent to inmate via hand mail:
____ Pen
✓ Paper                          ____ Transcript Information
____ Requested Addresses         ____ ARP Information
                                 ____ Jail time allotment
Comments: **Sent H.B. 1267 (2017)**

_Rosemary Smith_
INMATE LEGAL ASSISTANCE STAFF

2-01 – F2

To: Compliance Taplin
    in House Movement

Personal Copy
Jan. 24, 2018

From: Leranzel Anderson
    #56085 - DELTA Pod 208

Re: Correspondence, date letter January 12, 2018

Dear Ms. Taplin:

I'm still being harassed daily and I call PREA HotLine several times, still in this cell with a inmate; and how is it these (white guys) that says they been "Rape!" ya'll move them off the pod that same day! n So now you tell me because I'm black! I can't be protected while I'm on PC?

This letter was written on January 12, 2018 I been assaulted. and harassed; Jan. 3. 2018, Jan. 16, 2018, Jan. 22, 2018. — many times before that! So its okay for the blacks to get -- assaulted; sexually.

Just placing you in (notice) of these ongoing incidents. how aint nothing being done about it as if I want it to happen DATS not true. . . I'm just trying to make parole and go home. And someone is trying to stop me.

/s/ Leranzel Anderson

cc/pF.
DIC. 6317
LA.
C.T.

EXHIBIT: BR-039

(11)

To: Warden Teeney     } Larry Lee       PERSONAL
OFFICE                 Contract -       COPY
                        Monitor          9-27-17

Re: Denied of Access to the Court, fourth (4)

Dear Miss. ~~Teeny~~ Teeney:

    I am writing to see why is this Librarion MS. CATRIN is
not calling me the (ICAP) for mail-service; I aint done nothing
to have me not coming up to the (ICAP) — She is [intentionly]
dening me mail service cause I receive the issue other cases -
policy but no mail service.

    On the 27th day of September, 2017. ~~C/O~~ C/O Hughes, came on
the zone, holla out three (3) inmate names get ready for Law
Library, I ask her was my name on the List. She stated "NO.'
Now, I got me cases-policy; but no ICAP For me. I'm trying
say why, and when. OR is it the fact, we are dockdown;
or some one place a (ICAP Form) using my ~~blame~~, put another slip
say that "I dont want no mail service, And I miss two
deadlines. cause of this Law-Library; Also the cfc in the
mail room, ~~are not sending in mail to official~~ cause the ~~deny~~ Same problem keep on
~~coming with me~~ happen dealing with this law library. And
I have three (3) letters need to be stamp/Indigent so they may
go out.

    Just showing you what ~~your~~ staff are ~~trying~~ trying
to step mail from going to out to other officials, How I am —
being horassed, deprivated of rights, denied Medical treatment
cause I wrote Mental Health Counel Gile, a (ARP) for sexual
conduct; and when I went the clinica two (2) week ago.
They put me out; cause me on NUSE Gile call me a punk!!
Which he was being very disrespectful when I came out of
the Library.

s/ Lerryl Anderson

EXHIBIT: BR-040

*Personal Copy*
Aug. 9, 2017
(8-13-17)

To: Warden of Programs
   (Office)

Re: Not able to go to the clinic;
   (Retaliation) —

To whom it may concern:

This is a letter of why its so hard for us, or me to see. the (Doctor)? I place sickcall after sickcalls, (loss of weight) and still don't -- get the medical care needed; one - don't have my glasses, which - left "unintentionly" at Unit 29-G, bldg.; two — Im trying to enrole into a edicational program; so I can be place into a program upon - request of the (Miss. Parole Board); three [3] need to make sure any of the case workers, don't try and stop me from making parole like the MTC/staff; done at [Marshall County Correctional Facility;] February, 2016. Either way, but paper works, or having inmates to set me; and the "Program" I am talking about still goe on today! Its how they keep me within the system. Just last year 2016 C/m- Johnson, didn't let me fill out any application form; to determine parole release, or etc. And Im noticeing how they are, trying all type of stuff, on me to get me to act out, in a violent manner. I still aint done it (Candy for me) anything that will brake the rule of W.C.C.C."; but I need you.. check on these issue, cause I"coming up for parole soon. I don't.. know if Ill be at this prison, when I come up in February, 2018.. which is the original date; and four (4) — I have a half of a - mattress, with little cushion a in it. No pillow, No Locker Box, shake down they tock sheets, big towel had in the door. Legalpapers, etc.

Looking forward on hearing back from, on these issues Listed (above) Thanks for your time.

cc/pF.
DIC #4444
LA
/wop.

/S/ *Aubrey L Anderson*
prose

EXHIBIT: BR-041

To: Warden                    } GERY LEE
    Judy Bradley              } CONTRACT - MONITOR
    (OFFICE)                  } FOR M.D.O.C.

Personal Copy
7-20-17

RE: Staff are participating in P.R.E.A of 2003
    Direct violation of Professional-Conduct —

Dear Mrs Bradley:            **NOTICE**

On the 20th day of July, 2017. When coming from ILAP
service; I witness Mental Health Counsel Gile (black male-
where glasses, 210 pds. 5-8' height) — was making like he was
fixing his clothes or pants; but interm make sexual guesser
when calling the officer name;

Before then I notice two (2) female officers escorting
a white homosexual up the hallway. When their are suppose
to be no other offender on or in the walkway while a Protective
Custody P/C. Suppose to only me. (Failure-to-protect).

Trying to see why all these sexual incidents is directing
towards me; even on the zone its all day talks of punks, etc,
whos' one and whos' aint!

Also; when the security term shook down; on the 18th day
of July, 2017. Several Legal materials came up missing, off-
my stack of legal papers, — and other items as well suchas "Soap,
sheet; big towal, pillow, canteen items", why would they throw --
these personal items away? Before taken these issue to court.
I am request that they be re-place; and one more thing --

Why? When call the (P.R.E.A tip line) dont no one comes -
to see whats wrong or see what sexual abuse; thats happen
to me at this facility — Don't knew if you are getting these letters
or if you are playing a major role in all this. But I need
you to check into this matter. And for the record' I LOVE --
women only. So "stop" sending these Homosexuals at me.

cc/ PF
DIC-5542
4A W.J.B.

151 Leurry Anderson
EXHIBIT: BR-042

To: Warden
Bradley, Judy

(circled) Personal Copy 7-2-19

Re: More harassment on Delta-pod.
(NOTICE)

Dear Mr. Bradley:

I am writing this (notice) cause your staff are--
still tell these inmate to harass me, on the 2 nd day of July
2017. left the room to take a shower. Deodrant was still in-
my cell. When I came out the shower, the Deodarent was mis-
sing... I seen one inmate, go in. To grabb my tray! — Either
way, thats be size the point. These inmate are still grabbing
on himself; when they makit in my eye site. Promoting Hom-
osexual tendices; trying to make me cause harm.

(2) — I still aint call to the clinic. I'm supposed to been --
schedule me for last week; but I didn't go nor did I refused the
appointment.

(3) During the last shake down; a lot of Legal papers, personal items,
state issueing; legal papers where on the civil suit against officials
and this is all the harassment, is about! I'm not going to stop!
this shake down; Im refering to was on the 18 th day of July, 2017.
And one of these, inmates wrote the Major T. Daniel, who only --
Went through my Legal papers; and no other offenders. Now, all type of
Legal material are gone! — sheet & Pillow was gone; so what was
he looking for? IF anything he was worry about what Legal --
court papers I left all what he was looking on the top Rack
so why was I single out?

Need you to also check on why, I aint going to the law-
Library; when I place mail serice, to go out. This start to happen
more often then usual. Just last week from the 17 th then. 21 st their was--
no mail serice from the ICAP dept. Can you check into these --
issue-soon.

151 Lorenzo L Anderson
EXHIBIT: BR-043

To: Sarah Hall
Case Manager
Arrington

Personal Copy
5-23-17

From: Levenzel Anderson
#56485 - D-208

Re: Request to be housed properly;
in a cell by myself — [NOTICE]

Dear Ms. Arrington:

    I am writing concerning me being subjected to **PREA** of 2003. While housed at Wilkinson County Correctional Facility (W.C.C.F.) can you get someone to call the _psych_. **Doctor** cause I'm still having problems with I'm thinking or they might just be. Coming in my cell: 208 While I'm sleep then my cell <u>×</u> was supposely be sleeps to when the doors where <u>lock</u> on for <u>count</u>. Around **5:50 - 7:20 pm**. The door where <u>closed</u> and <u>lock</u>, when I awoken, I heard inmates talking and felt funny when <u>I</u> awaken. On the <u>22nd</u> of May, 2017. at nigth time...

    **Now,** before going **OVER** your head; I need you to check and see if anybody came in my cell while <u>I was sleep</u>! Doing reck time after <u>count</u>... I don't know <u>why</u>? Someone is playing these games with me; And this is why I wanted to be place in a cell by myself.

    I'm still having "<u>psychologial trunma</u>" being imposed on me. Still aint been seen by a(Doctor) have place another sick call in the box! — You have been place on [NOTICE]

ls/ Levenzel Anderson

cc/pF.
DIC. 6482
LA. /CM.
A.
NOTICE #2

EXHIBIT: BR-044

To: Investigator (OFFICE)
WCCF.

*Personal Copy*
*5/23/17*

Re: Requesting that camera, be reviewed;
on P.R.E.A. of 2003

To whom it may concern:
        I am writing concerning staff members are allowing inmates
to come inside cell; while both me and reck; inmate where sleep! "Failure-
To-Protect." On __DELTA__ Pod, at Wilkinson County Correctional Facility (WCCF)
cell: __208__

        On the __22nd__ day of May, 2017 — Around __5:20 - 6:50 pm__. I woke up
and notice, how inmates where laughing and joking; and felt funny; --
And how they where looking at me when I came out my cell. Either way,
I am down here for having problems with inmates and staff, messing with
me while I'm sleep!! *(PREA of 2003)* Then I have blame my cell mate; when they might not
be the one who's doing these violations; which being going on for __years__ now.

        I never catch any of these persons, doing anything to me; cause-
I be drugged up! When these events started to take place. When I'm walking
around, these inmates ~~will~~ _grabb themselves_, in a guessor they might be
homosexuals... Maybe they just want me, to cause harm to them. And-
which I aint done nothing to anyone! Cause, I have to have __proof__! This
is was taking place with me... __NOT__ just some type of (psychological trauma)
thats taking place in my mind. This is my reason for writing you to see-
whats going on with me at this prison.

        Requesting to see if any body came in my cell, during count time,-
on the __22nd__ day of May, 2017. around the (above) time, and I will need the list
of inmates you seen coming into our cell cause we where sleep. And I
need to know, if the cell __208__ / DELTA is (RIGGED UP) cause I notice I hear:
inmates talking about my cell or what I'm doing when they are "supposed"
to be able not know what I'm doing inside my cell... Looking forward
on hearing back from you on this matter soon!

                                                        ISI/ Lorenzo Anderson
cc/pF
DIC. 7410                                        EXHIBIT: __BR-045__
LA/INV.

To: Sixth Hall
Case Manager
Arrington

Personal Copy
5-13-17

RE: Request to be housed property;
in a cell by my self. (**NOTICE**)

DEAR Ms. Arrington:

I am writing concerning me being subjected to **PREA** — while housed at this Facility I talk with you on the <u>9th</u> of **May, 2017.** When you made your round on <u>DELTA · Pod</u>, I told you that **I'm** still having problem with believeing somebody is "<u>Trying to</u> <u>make it seem like they are</u>, messing <u>with me while I sleep</u>" Its started back up... And that I had request to be place in a cell by myself... But the <u>counsel</u> of <u>WCCF</u> insist that I be <u>place in a</u> cell with another inmate. And now the **PREA** has <u>started back · up!!</u> I'm being harassed by staff on <u>9th 10th</u> of May, 2017. I was denied ⟨**ILAP/service**⟩ by a(**white male officer**) who stated I refused And I don't Just to stop me from filing into the courts of the PREA incident thats taken place werever I'm housed at.

I requested to be sent to "**GREEN County**," and that I be place in a cell by myself. **You said** that you would check into the matter.

This is a [**FAIR NOTICE**] that I need to be place in a cell by myself... The <u>Psych. Doctor</u> came on the <u>13th</u> and still aint been seen by " the DOCTOR; staff are denying me the right to be treated for a psychologial trauma". * call me out to see **him**, I refused cause wasn't no body left on the zone to watch the cell *

1sl/ Lurey L Anderson

cc/ pF.
DIC 6481
LA
C/M A.
NOTICE #1

EXHIBIT: BR-046

 

*W.C.C.F. / ADDRESS*

Effective January 1, 2014, the mailing address for offenders is P.O. Box 1889. Please start using these addresses now to ensure complete and accurate delivery of all mail in the near future.

Physical address:
2999 Hwy 61 North
Woodville, MS 39669

*P.O. Box 1889*

To: SEAN R. Smith
633 North State Street
Jackson, Ms. 39202

Personal Copy
May 23, 2017

Re: (Investigation) continuance of P.R.E.A
Violation, at W.C.C.F. Anderson vs Morris, no. 4:16 cv 101 DMB-JMV

DEAR Mr. Smith:          __NOTICE__

    I am writing concerning me whos still going through P.R.EA.
at these Prison. It's seem everywhere I be ~~been~~ housed at, it seem.
I can be Free from these (sexual harassment or assaults) by these gang
memebers, and who are working for someone within the 'Department', I
was under the Northern Division, __director Ms. lola Nelson__, at Parchman, Ms.
who sent me down here to "Wilkinson County ~~Correctional Facility~~" (WCCF)
where the events started back up. On the 7ᵗʰ day of April, 2017. the 16ᵗʰ as
Well, And for the month of May, 6ᵗʰ, 22ⁿᵈ, 2017. Are the days or nights the
(Prison Rape Elimination Act of 2003) __has__ taken __place__. Officials here who has
had me on the 'roster' in cell 210, 109, but I been in cell 208 The whole
time. (Review the Camera) since March 22, 2017.

    Officials here are still make like they don't know what to do? When I..
told and wrote them, __ARP's__, __Letters__, even talk with them about these events
thats taken place with me; at these Prisons. They said its just a "__Mental-
State__," Im going through. I said its __REAL!__ Cause to many peoples are being
involved in this deprivation of __Rights__, for the __purpose of [Retaliation]__
or to make me be something Im' __NOT!__ To __justify__ their reason for all
the violations with the (__department__) and these Private Prison __MTC__, now-
I have this case with the court. Im' still being harassed, by inmates
who interm are "Grabbing on themselves," tempting with me while Im' sleep'
conversation on if I a __Punk!__ or __NOT!?__;" Denied __Medical__, __Mental__, __health__ —
care; place several sick calls, and still havent ~~been~~ been seen by a __Docter__.

    Officials had inmates assault me for no reason whatsoever! (April 12, 2017)
a inmate run-up to me, with a '__broomstick__' and hit me in the head (twice)
before I get up and ~~start~~ stort fighting him back! Trats when he took off -
running around the zone... Just showing you thats, a under hand thats

page 1 of 2          EXHIBIT: BR-046A

not being shaved and; it need to be brought out who they is-cause, I'm notice every time I get ready to right something - to the courts. All type weired staff start happen toward me.

Someone, with the 'department' is having these inmates and **MTC** employees to harass me, due to the civil complaint with the United States District Court, Northern Division, Greenville. Ms. inwhich I supposed to going to court. on these PREA violations. And I'm still having problems dealing with this issue.

Now, I'm writing to you cause I've talk with the casemanager write the Wardens, and done ARPs who state that I have to many. ARPs in already. And have to wait, to they be process. So here I am trying to see why I'm being Retaliated against. When I'm-victim here, and I tried to overlook whats happen to me; but they know I'm getting ready to come up for 'Parole' whos ever behind these violations — Is trying to get me to cause harm to him, or them, so I want make parole, do to assaults or death, for these .. (Ongoing substanial risk of harm) and that they made sure I was place in a cell with a inmate so they can keep up with my next move to the courts.

These allegations need to be (investigatedx) as to why every-where I go. I'm being subject to Prison Rape Elimination Act of 2003 — And the officials are not trying to place me in a close confine-ment cell due to my disabilility of sleeping cleep or being druged! And they know this; so they make sure someone is in the cell -with me at all time... SEE when I was at the hospitel Unit-42-Hospital, Parchman, Ms. [Sept. 2016 til-February, 2017] where I was complaining about staff allowing inmates to come in my cell while I was sleep! C/o Smith, C/o Willie Brown, Sgt. Williams, Sgt. Thomas C/o Harris, C/o Streeter, all played a role in sexual assaults; or --harassment

cc/pf
OIC.4716
LA
SKS/CID

/s/ Levonzel Anderson
LEVONZEL ANDERSON
# PRO SE

EXHIBIT: BR O46B

To: Mrs. Arbornet
    Case manager — Office

July 15, 2017

D-208

From: Levonzel Anderson
    #56488 - DELTA-208

Re: Requesting a full account balances
    with name of sender;

Dear Mrs. Arbornet:

    I am writing concerning a count balance for this month with the person; who send the money to my account cause some money I supposed to be getting at show up. I had Mrs. Arrington, to pull up the lastest account-statement, she gave me one without the names of the person who supposed to have send it... And other words; she intentionly: print out a account balance with no one name on; knowing thats what I'm looking for. Being vindictive at her title: position.

    Now, can you please send me a updated copy of the inmate accounts, for the month July, 2017. With the person-name on it. Thanks for your time concerning this matter.

Sincerely,
Levonzel Anderson

CC/PF.
DIC. 0612
LA CM/A.

CIM Arrington advised that she gave you all that was available for her at the time. She's going to recheck it and see if names are now available.

EXHIBIT: BR047

J. Arbuthnot — CIM Supervisor    8/8/17

To: Gabriel Walker
~~Mr. Chapman~~
DEPUTY WARDEN

_Original Copy_
_6-7-17_

Re: Being sexual abuse in my sleep;

Dear Mr. Chapman:          <u>NOTICE</u>

   This is a (notice) of staff and inmates gang members -
are still trying to extort my family & friends <u>out of money</u>
by catching me <u>sleep drugged up!</u> - In a <u>Deep Sleep!</u> preform -
sexual acts with me, while ( <u>video camera</u> ) it ... * So they can -
scare my family with the video; so they can pay them <u>money</u>
<u>to keep me safe.</u> *
   On the <u>1st</u> day of June, 2017. I woke up feeling messwith -
after; several inmates came in my cell ... And committed (Prison-
Rape Elimination Act of 2003) around the time <u>4:46 - 6:50 pm</u>, when
I notice my mouth was feeling real dry! Also hearing other ...
inmates laughing call whoever! "d--- s-----!, Now I told all -
staff of the reason why I an P/C. and that I needed to be in the
cell by my self ... But your staff insist that I be housed with
somebody and not by my self. Therefore, since being on Delta Pod
I have four (4) P.R.E.A of 2003, violation happen with me I wrote
<u>Sean K Smith</u> the Director of C.I.D. / M.D.O.C. cause it needs to be
a (investigation) be done on this facility and they security and adequated
whatsoever! ~ I'm still beening sexual assaulted by these inmates
who came with me on Protective Custody <u>P/C</u> And have all the rest
of these <u>PC</u>s to joint in with these sexual abuse thats being -
displayed on me. I aint seen no medical staff concerning me -
<u>being sexual assaulted / abuse</u> I "call the names when the time
come... You came on the zone, today, but I was in the shower
   Can you check into this matter, need to be place in a -
cell by my self. <u>Life is in danger!!</u> You have been place on -
( NOTICE ).
                                          /S/ _Lawrence L Anderson_
cc / pF
DIC _0212_
LA
/AC

                              EXHIBIT: <u>BR048</u>

## Mississippi Department of Corrections

### Response to Request for Assistance (ILAP)

Date: 5/30/17

Inmate Name Levonzel Anderson    MDOC# 56485    Unit D-208

Your request for legal assistance was received in this office on _____

COMPLETED
5/31/17

### For Inmate Legal Assistance Office Use Only

_____ 1. Post Conviction Collateral Relief Packet sent to inmate via hand mail
          _____ First Step          _____ Second Step
_____ 2. 42 U.S.C.A. 1983 form    _____ Northern    _____ Specific Case law
__✓__ 3. 28 U.S.C.A. 2254 form    _____ Northern    _____ Southern sent to inmate via hand mail
_____ 4. Requested cases, statutes, etc. were sent to inmate via hand mail    _____ Southern sent to inmate via hand mail
_____ 5. Notary services are scheduled for _____
_____ 6. Attorney/Paralegal conference is scheduled for _____
_____ 7. Legal mail will be picked up on _____
_____ 8. Legal material will be picked up for copying on _____    _____ Legal mail logged out _____
__✓__ 9. MDOC Policy and procedure # _policies_ _____ will be viewed on _____
_____ 10. Attorney call is scheduled for _____

Supplies/Form Sent to inmate via hand mail:
_____ Pen
__✓__ Paper                    _____ Transcript Information
_____ Requested Addresses      _____ ARP Information
                               _____ Jail time allotment
Comments: _____

_Rosemary Batie_
INMATE LEGAL ASSISTANCE STAFF

To: ARP- OFFICE
   W.C.C.F

Personal
copy
7-19-2017

Re: This is a request for Administrative Remedy;
    Sexual-harassment.

To whom it may concern:

On the __8th__ or __9th__ day of July, 2017. Around late night
I believe my cell mate, had play with my __rear end__; cause
I woke up feeling nues with; then right after the __incident__, he-
had got into with another inmate; who had het him in the eye —
— . He went to the __clinic__; didn't come back . . .

On the __12__ day of July, 2017. __Ms. Arrington__ came on the zone
inmates, start running around "grabbing on themselves," when
they think she is __looking__; which made me believe she have alot
to do with it . . . . P.R.E.A. violation

On the __21st__ day of July, 2017. when coming out of ILAP-
Service, I seen psych. counsel __Gile__, grabbing on himself and
acting like he's pulling up his paints; another form of sexual
harassment; these officials are playing a major part in this-
failure - to - protect Claim.

## RELIEF

1. Request that some form of punish be done, about these-
   P.R.E.A of 2003, with me have to know of these disciplinary
   action.

/s/ Leeonzal Anderson

cc/pF
DI.C. 0227
LA
 ARP

EXHIBIT: BR049

To: Warden of Security

Personnel Copy
10-30-17

Re: Mail not being place in mail box,
by staff.

To whom it may concern:

I writing to see why certin mail want be place in the boxes
when it come's to writing one of the (Administrative) at this facility are
The inmates are telling the officers to, bring them the mail; when they
know, I'm writing to (admin.) about whats going on it, it seem to
continue to happen with me ... Can't get no, assistance ing and eany
problems I may have, I'll have to place the mail in the box my
self, and that seem to he hard to do, when you have alltype of
inmates; trying to stop you from sending it out! ~

Just wondering if you are aware of whats going on with me
back here, on this (Protective Custody unit) Looking Forwarded on hear-
ing back from you on this matters.

/S/ _Leveraged Anderson_

cc/pF.
DIC. 7301

LA/WDS

EXHIBIT: BR-USO

To: Warden
   Judy Bradely
   OFFICE

Copy
9-9-17 17

RE: Mental-harassment, by inmate with a-
    recording device — (NOTICE)

Dear Mr. Bradely:

I am writing concerning these inmates having a recording device, that can pick up what I'm thinking, woke me up; so they can make statement, of me being a (homosexual, or Punk!) when I be dreaming of anythink sexually. I will be a Punk! Upon - - information and belief. This come for the "psych. department;" this is why they want me to stay in this cell; so the (DEVICE) can - work properly. . . Cause you didn't knew I am on Protective Custody do this to guards and inmates, have been trying to make me out of a homosexual so it can be justify; they fele been Cause Prison Rape - Elimination Act of 2003; civil action I file into the courts last year.

To discredit my claims inside this civil complaint; as if they know, I want this to be done to me; went from inmates, tempstering with my butt! while I'm sleep! To "Verbal harassment" everyday! Inmate grabbing in themselves, inside my veiw. Trying to turn me into what ever it is, they trying to do, get me to be. It's not working. Eitherway, I wanted you to knew, so you can't say "I DIDN'T KNOW!" And this been going on with me over four (4) years; And the courts make like its no big deal. Cause they fill as if I'm just having some kinda "Psychological trauma"; or just plain oh "Crazy!"

Can you check into this matter, or have somebody to "invest. igate", these issue, cause they need checking into. Thank-You.

                                        /S/ Leurny L Ourburn

cc/pF
DIC 0674
LA.
W,O.B.

                                        EXHIBIT: BR-51

To: ARP/Dept.
South Hall

*(Personal Copy 9-14-17)*

Re: This is a request for Administration Remedy;
Title: Missing property, after shake down —

To whom it May concern:  July,  __FACT__
   On the __18th__ day of ~~August~~ ,2017. Around __8:30 - 9:30__ A.M. The
inmate was getting to be **shook down**; they' security, took us-
out side, so they can shake the zone down. ... Without us not
present, when the **coming** back on **DELTA POD**. I __notice__ all my
belongs, where every where; when going to my Legal-papers, I ..
[notice] several legal papers where gone a .. The security who shook
the **Pool/down**. Had taken my property or belongs; __such as__ soap. —
__legal papers, canteen, sheet, family pictures;__ 1983 Complaint Form.
(name log of 2014, MIC, M.C.F.)
   Without any property slip, to inform me that they (took that)
no **kinda**, notice was given, nor a Rule Violation Report (RVR) for -
(contraband) — The staff that shook my cell, __208__ is in __direct__.
__violation__ of the __8th__, __14th__ Amendment of U.S. Constitution. For their
unprofessional conduct; being **vindictive** in the job title.

## Relief

1. Request that the (above) mention replace all my belongings,
   and for the ones that they can't replace, I requesting theyt.
   be ~~fine~~; for their wrongful action, or any other relief that
   can be proper and just.
                              S/ _Lurand Ander_

cc/pF.
DIC.6126
LA./
ARP.

__EXHIBIT: BR-051__

To: ARP- Dept
   W.C.C.C.
   (South Hall)

From: Levonzel Anderson
   #56485 - Delta, 208

DRAFT
COPY
8-16-17   MAILED
          8-29-17
          P-208

Re: This is a request for Administrative Remedy;
   "THREATEN BY MENTAL HEALTH COUNSEL GILE"

To whom it may concern:

On the 15th day of August, 2017. Around 9:30 Am. to - 10:30 Am. At the Wilkinson county Correctional Center (W.C.C.C.) CLINIC; Mental HEALTH Counsel-GILE. Had call me in his -- office. Where he never ask me, of any psych. problem that I might have. ~ When I step in. He stated "With your Lying. A--!" said it couple more times. Then he stated "I ought bet your Ass!" I said "You might as well." Then he got LOUD! I.~ said "You know what'd dl." He said I ought bet your punk a---! I said "WHAT! Are you waiting? FAGGY!" Thats when this MHC. get out of his set and toward me~ I stayed right there, HE just come up to the door. Then start talking with the female-- nurse, saying "This "punk" told them that I Blow a kiss at him. I said "Thats a LIE!" ~ You know what you did; you know -- what's up." ... OFFICER, Put me back in the holding cell. This -- "nurse" has threaten to cause body harm; to me knowing that I didn't say what he's; so MAD About. A direct Violation - of the 8th Amendment United States Constitutional rights.

## Relief

1. Request that this Mental Health Counsel, meet with a disciplinary board for violating the Policy and Procedures, of MTC/MDOC.

/S/ Levonzel Anderson

cc/pF
pic.0671
LA./ARP

EXHIBIT: BR-052

2/25/18

To: ARP - OFFICE
GRIEVANCE

RE: More Ongoing Harassment From inmates (ABOVE) top tier.
   Additional to ARP. Title: part 4 of Intentional Infliction of Emotional
                                      Distress, by Mental Health Care
                                      staff — Counsel Gale & Dr. Dunn

To whom it may concern:

On the 24th day of February, 2018. Around 3:40 - 4:44 am I heard
inmates, talking about someone being a Punk After I move or wake up!
This went on for hours even before I went to sleep. The inmates still
have the (Monitor Device) in their possession given to them by the Psych
Department; here at WCCF. / Mental dept.

A direct violation of policy of procedure title: **Protection From Harm**
#20.05.01

              —   End of Statement —

cc/PF
Dic. 4567
LA./ARP.                                    /s/ Leeroy L Carla

EXHIBIT: BR-052

To: Warden of Programs
    Ms. Toomey

Personal Copy
1-28-18

Re: Denied proper housing; Access to the court;

Dear Ms. Toomey:

                    NOTICE

   I'm writing about why haven't I been move in a cell by myself; knowing what all I have been going through! Plus on 19th day of Jan. 2018. You have me sign some papers. saying you are going to put me in a cell by myself; hear it is some 9 days later, and I'm still in a cell with a inmate; -- who was place in here by force!

   Now, several sexual assaults has taken place with me; see ARP office; and you lied on Warden Bradley, stating he said to move me in a cell by myself! Now, my life is en-danger due to you lying to me.

   Secondly. Why are ya'll step our (ILAP SERVICE); for the last two (2) weeks I've been denied the Right! To (Access to the court) I'm placing you on (notice) of these incidents.

                                        /s/ Lavanza Anderson

cc/pF
PIC. 0441
LA/WOR. T

EXHIBIT: BR-053

To: ARP / OFFICE
    WCCF

Personal Copy
5-23-17

RE: This is a request for Administrative Remedy;
    Ongoing PREA violations <u>Failure to Protect</u>

DEAR WHOM IT MAY CONCERN:

I am writing dare to me having another or (supposely)
have a sexual assaults being place on me; in the same cell -
As before; with both me and cellmate was sleep. ~~In~~ <u>DELTA-Pod</u>
Cell: <u>208</u>

On the <u>22nd</u> day of <u>May</u>, 2017 Around <u>5:40 - 7:20</u> pm. The door was -
closed and lock by (floor officer) for count time, I layed it down went to
sleep. When I awaken; I heard inmates talking and I felt funny.
when woken up... Upon information and belief; I believe staff such as
Unit Manager & Casemanager are the ones up to having these inmates up to
the assaults while one is sleep. Cause, the door was never was suppposed
to be open! Unless one of these inmates have the (keys or a key); this is
the third (3rd) time; this has happen.

<u>Failure-to-Protect</u>: When I first made it here at (WCCF). I told
the counsel of my condition; and that I need to be in a cell by my
self... But the <u>psych counsel</u> stated out loud! "<u>Aint no single man-
cell</u>) indicating he wants me to be housed with a inmate; so these
Sexual Assaults can continuing to happen toward me.

This is a direct violation of the MDOC policy # <u>20.14.01</u>,
Title: <u>Prison Rape Elimination Act of 2003</u>

<u>Relief</u>

1. Request that this matter be (investigated); and who all held -
responsible be charge for a ~~criminal~~ offense Criminal

                                                    IsI Lawrence Andersen

cc/pF
DR: 6331
4 ARR

<u>EXHIBIT: BR-0531</u>

Missississppi Department of Correcᵒⁿs

PELICIA HALLs

- Commissioner-

633 North State Street

Jackson, Ms.                39202

RE: FAILURE-TO-PROTECT — (NOTICE)

STATE OF MISSISSIPPI

County OF WILKINSON

ADDITIONAL VIOLATION OF-
P.R.E.A. OF 2003 OF RETIALATION
BY INMATE PER ORDER ADMINI—
STRATION

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED AUTHORITY IN AND FOR THE AFORESAID JURISDICTION LEUONZEL ANDERSON, MDOC# 56485 DULY SWORN BY ME DOES DEPOSE AND STATE THE FOLLOW-ING: I Leuonzel Anderson, DO HEREBY STATES THAT THE FOLLOWING IS-TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE:

## I.

On the 1st day of May, 2018. Arrived 8:45pm - 2:44 am. Time I was sleep, and woke up filling wrong not myself. Mouth was dry as if I was drug up?! I stayed up the rest of the night. Due to whatever happen to me. I place a sickcall to (psych. doctor)— later Warden Walker, 4/mo Perkins and Sgt. Jones; came around on the pod. Went up stairs, then come down then left."To see if I'm going to say something to them. I didn't. They left. Few second later, Case manager Tolliver came on the pod. Step at the cell I'm in... I told her of the problem she log it in the book. The motive-- for these officials to come on the pod to see if I'll address whatever issue I have to them or say about the incident took place last night.

MTC officials are having these inmates on DELTA Pod; like cell 212 103, whos the leaders of the pod. And whos been putting these — protective custody (PC), to do whatever it is, they are doing to me in my sleep. (Conspiracy)

EXHIBIT: BR-055A

page 1 of 2       see Back more →

## II.

I have reason to believe, that officials are also allowing inmates to have a ⟨Monitor Device⟩; that can control; or see what I'm doing and record; my action. etc. Without any proof other than whatever in my thoughts; and when inmates let me know verbally; and how the M-T-C staff; know when I about to do something. This been happen now since March 22, 2017 Here at this facility ... These event mostly on the first week of the month.

Swern and Subscibed Before me. This 22 day of

May , 2018 .

My commission Expire:

(APPLICANT)

Rosemary Gatlin
(NOTARY PUBLIC)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83744
ROSEMARY GATLIN
Commission Expires
Jan. 26, 2019
WILKINSON COUNTY

LEGAL

page 2 of 2

Mississippi Department of Corrections

## PELICIA HALLS

— COMMISSIONER —

633 North State STREET

JACKSON , Ms.            39202

RE: Failure To Protect — (NOTICE)

STATE OF MISSISSIPPI

County OF Wilkinson

---

AFFIDAVIT, MORE ONGOING
VIOLATION OF P.R.E.A. OF
2003 OF RETALIATION, BY
MTC STAFF AND INMATES
ON PROTECTIVE CUSTODY

---

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED —
AUTHORITY IN AND FOR THE AFORESAID JURISDICTION, LEVONZEL
ANDERSON, MDOC #56485 , DULY SWORN BY ME DOES DEPOSE AND
STATE THE FOLLOWING:

I Levonzel Anderson, DO HEREBY STATES THAT THE FOLLOWING
is TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE

### I.

Anderson, is showing the courts of more Retialation, by the
M.D.O.C. and M.T.C. officials, who will. harass me on the daily basis
with inmates or gang members, when will grab themselves when
crossing my eye sight, On the 3rd, 6th, 23th day of April , 2018 Around
3:46-5:00pm . At Wilkinson County Correctional Facility (W.C.C.F.) Pod
Julin, Delta. WITH A (MONITORING DEVICE) that can control, my thoughts,
wake me up out of a sleep. Etc    SEE: EXHIBIT: WC-2 , WC-3 , WC-4 , WC-6

### II.

"FAILURE TO PROTECT"; M·T·C/officials had me in a (single man cell)
(April 3rd, 2018) Capt. Scott; had told me to pack up; and she and Capt.
GREEN had took me back on (DELTA POD) AFTER telling them; I can't
go back on the pod due to inmates or gangmembers have sexuall
assaulted me while sleep which is still taken place today.

BEFORE than I had write these state and private officals , who have
move me off of delta pod. And to Administrative/Segregation (Ad. Seg.)

page 1 of 5

EXHIBIT: BR-DS6B

Continue from page ___

This protective custody (PC) inmate; and who had let these staff of his condition concerning, these attacks, on his person. . . The (investigator Lt. Turner) who had took Anderson out of (Ad. Seg.) and place him in a cell in ⟨H-J-K⟩; in a (single man cell) for Retaliation on calling P.R.EA. HOTLINE J-Pod cell 209. Which he's was transfered back to the P.C. pod DELTA 101. March 27. 2018 (Ad.Seg) After being threaten assaulted by Lt. Turner, for calling the P.R.EA HOTLINE, Warden Tearney and Lt. Turner had came to my cell and start "Getting Loud, in violent; causing threaten me, by calling P.R.EA HOT Line AFTER the inmate in cell(108 Ad. Seg) who have a Monitoring Device and who was, looking in my cell, some kinda way; telling me everything I was doing, inside the cell; See, EXHIBIT: WC-4, WC-7, WC-5

### III.

February 5th 2018 — I was call in the Hallway; by Warden Tearney, who had Lt. Turner, out their as well And they ask me whats the matter. I told them and they said I was lying! Lt. Turner, started "Cursing, call me homo's, punks, weak M-F; to make matter worster, tell another inmate in the Hallway (PLACING MY LIFE ENDANAGE) with us. — Violated the (CONFIDENTAL) code. on my safety ... When telling, this person right in my face; that I said ⟨he rape me⟩ -- Just because he's in the cell with me. - AFTER telling them that I can't be in the cell, with no one, due to me being a heavy sleeper. See, EXHIBIT: WC-4, WC-5

### IV.

ANDERSON LIFE is endanager. by being in a cell with another inmates told the staff this is when I first arrived at this facility March 22, 2017, But they insist, that a inmate be place in a cell with me, so they can have these assaults, taken place, per order of ⟨Dr. DUNN⟩ and Warden Jody Bradley See EXHIBIT: WC-5 who also know of these incidents, but yet allowed to put me.

EXHIBIT: BR-056c

CONTINUE FROM PA[ ] 2

back in a cell with another inmates; April 6th 2018
Protective (P.C.) inmate start coming out together! Top &
Bottom! Late night. Around 1:15-2:20 pm. Where half the pool
Had walk by me grabing on themselve; in plain view
of (PELCO Camera) wrote the Warden and let him; knew —
still nothing has taken place with the safety or well
being of Living space. see EXHIBIT: WC-2, WC-5, WC-6, WC.1

## V.

Officials are having these gang members, to harass me.
Every day with this [Moniter Device] given to them, either
either by the Psych./Major. After telling them over and
over again. Its like they want me to be assaulted by
them; and they know of the civil action, against the M.D.O.C
officials, EVEN wrote the Commitioner Pelicia Hall of these
incidents by yet they still take place. Whenever, Dr. DUNN
comes around, it take place the night before talking with.
"Unit Manager Parkins" — who had call another inmate — — —
Fredrick Brown in her office; who Listen to all conversation
when she ask me whats going on with me. .. I said aint
noway I'm gonna tell you whats going; she later told to
make a statement; he did then she ask me to make one, I
denied it... When coming back on the zone; Fredrick Brown
had told another inmate, what was said ... In U/M Parkins
office, The inmate step came to my cell, and ask if "I told"
the Administration, something that, he's exterting these guys.
and someone told him I said, I knew thats why she call
the both of us in her office at the same time. When I came out
off of U/M Parkins office, The hallway wasn't cleared, inmates was
in the Hallway; as they P.I.C. was on their way back to their
Housing Unit; a clear violation of my rigth to be protected from
Harm, #90.05.01 No other inmates of population, should be —

Continue from page 3

around Protective Custody PIC.  see. EXHIBIT: WC-3

Sworn and Subscribed Before me. This 22 day.

of _____ May 2018 .

ROSEMARY GATLIN
ID # 83744
Commission Expires

MY COMMISSION Expire

_____ (APPLICANT.)

Rosemary Gatlin
(NOTARY PUBLIC)

cc/pF
DIC. 9101
LA./MDOC.
COMM. P.H.

EXHIBIT: BR-056e

**Warden**

Jody Bradley

Re: "LIFE BEING PLACE INDANAGER" — <u>NOTICE</u>

(PERSONAL Copy
3-5-18
Time: 2:56 | 3:00 AM)

Dear Mr. Bradley:

I'm writing concerning my 'Life being indanger,' I talk with <u>Dr. Dunn</u>, and <u>Major Daniels</u>, who both agreed on putting me back on (Delta Pod) I told them, that I didn't want to go back out there; Dr. Dunn, stated thats on Surity dept. not me — I look at <u>Major Daniels</u>, and stated the only way I'll go back out there; if I'm in a cell by myself.

<u>Major Daniels</u>, stated that I'll be in a cell by myself, with a - sign on stated **NO SPICE OR WEED**, "in this cell." . . . As a laughing - matter . . . As thats the reason(s) why somebody is playing in my butt, or sexually assaulting me . . . The (gang members) have the <u>PC's</u> doing this, as a matter; if who ever close it. Gets to come back into the 'gang'—

I'm aware of whats **going** on around me; you need me to be back in (general population) so these '**niggaz**'. Can try in step me - from Afting this <u>law-suit</u> on (M-T-C) for my rights being violated by these staff members, after I told them several times, that- my Life indanger by the **PC** inmates and whomever else;

Once again I'm placeing you on '**NOTICE**,' that my Life being place indanger by your staff, and inmates.

This is the 5th day of March, 2018.

/s/ _Leronzo Anderson_

cc/pF
DC 7414
LA
WARDEN
J.B.

To: ARP. DEPT.
Grievance

*Personal Copy*
*3-15-18*

RE: This is a request for Administrative Remedy &
Verbal harassment violation of policy, 'P.R.E.A of 2003'

To whom it may concern :

On the 15th day of March, 2018. Around the time 2:30 - 3:30 AM

**FIASTS**

I was awoken by something, hearing two (2) inmates voices stateing.
"Man Yacks' a Punk", has he let geys play in his A__!" Each time I --
move around in the bed, these guys with this [Monitering Device] will
say something letting me know that they are watching me.

Dr. Dunn, states that I have a (Delusional) problem; to where I
thinks things are happen with me, when they are really not! I say,
she might be right intil they do something that makes what I say the
truth.

Eitherway, this is got to step. I've been housed only two (2) —
places Delta 208 and Ad.Seg. 102, and no matter where I go the same
thing keeps on happen. So either I'm (delusional) or these gang —
members, where it started from in the first place are still doing these —
sexual and verbal harassment on me. Trying to keep me from writing
the courts for these officials.

**Relief**

1. Request that these verbal harassment stop! Soon or I'll be force to —
   file into the courts.

cc/pF.
Dic. 6702
LA/ARP

1st Kruenzl Anderson

Exhibit: BR-086(h)

**MTC/WCCF**

# Memo

*Rec*
*1-23-18*

| | |
|---|---|
| **To:** | Levonzel Anderson #56485 |
| **From:** | Compliance Taplin |
| **cc:** | Deputy Warden Toomey; Karen Brown; LaShonda Tolliver; MH Gales |
| **Date:** | January 12, 2018 |
| **Re:** | Allege PREA and Fear for Life |

---

**In reading your request in reference to your fearing for your life and being violating by gang members housed on your unit.**

Unfortunately, we do not have space to place you in a cell by yourself.  I will forward to the respective individuals a copy of your request and I will follow up with them.

I have to say again that we do not have the space to accommodate single cell permanent housing.  It appears you have a lot going on and you state that you had these same problems while housed at MCCF and MSP.

So, I will forward your request to staff to look into what can be done, if anything for you.

EXHIBIT: BR-0    57



Habeas Corpus   Clerk

No. 17-701

Rec. 1/23/18 2:00

To: United States District Court
501 E. Court Street
Suite 2.500
Jackson, M.S.        39201

Re: Harassment, Retialation, —
EXTORTION, RACKTEER,

AFFIDAVIT OF  — —
LEUONZEL ANDERSON
HOUSE AT W.C.C.C. ON
DELTA POD : 109

I Leuonzel Anderson, msp #500185 – SweAR and Affirm that the below mention is true and correct to the best of my knowledge:

## I.

THAT The Defendent(s) here at Wilkinson County Correctional Facility, (WCCF) in this complaint, are having these inmates, to read my AFFIDAVITS, COMPLAINTS, LETTERS, NOTICES, to the Courts and Wardens etc. Further, they still have this (Monitoring Recording Device) where they can tell what I thinking, look at whatever I'm doing; in my cell. Sum '8' doors downs. Cause they let me know, through – conversation with eachothers. And I hear it. This how I know: Psych Decter Dunn states I'm (delusional).

## II.

That On the 4th or 5th day of August, 2018. "MH GALE" call me. to the door; ask was I okay? "I said, That I was alright for now," For the last two (2) weeks I've been okay! Meaning I haven't been sexual assaulted/abuse. That I know of.

## III.

On the 25th day of July, 2018. Mailroom sent my indigent letter – back, said that it need to be (stamp indigent) so I woke up the next morning and gave it to ofc Gibson. Told her to give it to the Case manager Vanaronal so she can [Stamp it indigent] so I can mail it back out; she place it back in the (mail BOX)! ~ The (inmates /gang members) got the mail late night while I was sleep." WROTE what they going to write –

page 1 of 4        EXHIBIT: BR-057(a)

(AFFIDAVIT)

place it back in the envelope seal it up put the letter and the pill packs in my door. What gave them away, inmate - stole the pills out of my medication pack! ~ I woke up got my pill pack, that their was no pills in the pack! Put the envelope mail back in the door. This is how I know they are tempting with my mail ...

The following day I gave it to another floor ofc. tall - heavy set brown skin / wear glasses; work the floor on that day. She supposed to have get the envelope (stamp indigent) and place it in the (mail box) And she came back on the pod told me, personly that she did.

## IV.

Upon information and belief: "Gang members", are in contact with my family member, having them to gave them (money) as if they are me by texting them and these officials are in couhees with them; cause when I write my family to tell them whats going! The mail room will stop! All mail with my name on it — with out letting me know. Whats going on or to the name and - address: of Gloria Moore, 5565 DECKARD DRIVE, JACKSON, MS. cause they feel as if they know I have supporting me; and they can get her to stop! Then they dont have to worry about no outside help! ~ OR Money receiveng money fer commissary; trying to make it where, they can EXTORT, BET, BRIBE, My family out of money!

## V.

Upon information and belief: "GANG MEMBERS" — if one dose what - they are told on Protective Custoply (PC) Like Patrick Nicklson; They will be let back into their (GANG); other then that, they will have to remind on (PC).

page 2 of 4        EXHIBIT: BB-057(b)

Continue from page ⑤ V        (AFFIDAVIT)

They are having these former gang members, to proform.
all type of <u>acts</u> on me. and the (Administration) knows of
this, thats why they "<u>Must have me in the cell, with some</u>
<u>one</u>"... Cause, I ask <u>several times</u>, to place me in a cell
by myself. They refuse to place me in a cell by myself for
my protection. Cause I'm being (druged) by these gang-
members; while <u>sleeping</u> they will do these acts for the-
(psych. dept.) they <u>day</u>, before they come around. While doing
that for the (psych.) they|) also do something else for my.
family. To be scared of and send them <u>money</u>!! So that want
do whatever it is they are doing <u>nomore</u>. Plus, when I talk
to my family they'll have my family; not to tell me whats
going on. With <u>threats</u>! ~ I have most of these offenders names
would (W.C.C.C) do not provide enough <u>protection</u>. Thats why so
many inmates are dieding at this ~~~~~ <u>facility</u>.

<u>Conclusion</u>
Requesting a (investigation) be conducted by a (outside officials)
or Authority whos serious about getting to these inmates and staff
convicted of felony charges such as (R.I.C.O. Act)
• <u>Sworn</u> and <u>Subscribed</u> Before Me. This The ___day

_____ , _____

MY COMMISSION EXSPIRE: _____        _____
                                         APPLICANT

                                       _____
                                        - NOTARY PUBLIC -

cc/ pF
DIC.SS11
LA /USDC
   CLERK

                    page 2 of 4        EXHIBIT: BB-057(b)(c)



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
PELICIA HALL
COMMISSIONER

Audrey McAfee
Deputy Administrator

Administration
(601) 359-5636

August 6, 2018

Inmate:   Levonzel Anderson #56485
Unit:      WCCF

I have forwarded your letter to CID Chief Sean Smith in order for CID to conduct an investigation into your allegations.  You should contact him or his team only with questions or concerns regarding this issue.

If you are not satisfied with CID's results at the completion of their investigation, you may submit your complaint to your facility's ARP office for consideration.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

PC: CID Smith
      RP
      File

EXHIBIT: BR-057cc)

633 NORTH STATE STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**PELICIA HALL**
**COMMISSIONER**

**AUDREY MCAFEE**
**DEPUTY ADMINISTRATOR**

**ADMINISTRATION**
**(601) 359-5636**

August 7, 2018

Inmate:      Levonzel Anderson #56485
Unit:         WCCF

RE:          Emergency Request

You filed a complaint to the Administrative Remedy Program requesting emergency review of your complaint. Emergency grievances shall be defined as matters regarding which disposition according to the regular time limits would:

      (a)    subject the inmate to a substantial risk of personal injury;
      (b)    cause other serious and irreparable harm to the inmate; or
      (c)    remove the attainability of the requested action.

CID does not find that this issue meets the criteria for emergency review so I am returning it to you for submission as a regular ARP for consideration.

You will have five (5) days from the receipt of this response to submit your issue to the ARP department at your housing facility, for consideration, as a non-emergency issue.

Sincerely,

R. Pennington, Director
Administrative Remedy Program

Pc:  RP
     File

EXHIBIT: BR-058(a)

**Pennington, Richard**

| | |
|---|---|
| **From:** | Hunt, John D. |
| **Sent:** | Monday, August 06, 2018 3:33 PM |
| **To:** | Pennington, Richard |
| **Subject:** | RE: I/M Levonzel Anderson #56485  Sexual Harassment Allegations |

**Does not merit PREA investigation**

**From:** Pennington, Richard
**Sent:** Monday, August 06, 2018 2:24 PM

**Subject:** Re: I/M Levonzel Anderson #56485 Sexual Harassment Allegations

CID for your review.  WCCF please handle as per our protocol.  Thanks

Richard Pennington, BA, JD
Director of Administrative Remedy Program
P.O. Box 609
Parchman, MS 38738
(662) 745-6611 x 2491
(Fax) 745-2809
RPennington@mdoc.state.ms.us

EXHIBIT: BR-158(b)

Case: 4:16-cv-00101-DMB-JMV Doc #: 57-1 Filed: 02/06/17 32 of 47 PageID #: 255

# Prison Rape Elimination Act (PREA)

## Offender Referral Form

Victim's Name: ANDERSON, LEVONZEL

MDOC #: 56485

Perpetrator's Name: Unknown

MDOC #:

Date of Alleged Incident: 01/23/2016

Brief Description of the Incident:

On February 2, 2016, Offender Levonzel Anderson #56485 advised Nurse B. Burchfield that someone had been tampering with him.

Reporting Staff: Beth Burchfield / Lola Nelson

Unit Administrator: John Rogers          Contacted:
via email

Signature of Unit Administrator: John Rogers          Date
Received: 02/02/2016

Warden:          Contacted:

Signature of Warden:          Date Received:

Results of Primary Investigation:

Referred to CID    ◉ Yes    ◯ No          Date of Referral: 02/02/2016

CID/Investigator's Signature: Lola Nelson, PREA Manager          Date
Received: 02/03/2016

CID will provide a formal report in writing to the Superintendentâ€™s Office for State Prisons or Wardenâ€™s Office for Private and Regional Facilities at the conclusion of the investigation.

Attach copies of Incident Report and Extraordinary Occurrence Report.

EXHIBIT: 58 (c)



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL L. FISHER**
**COMMISSIONER**

Sean K. Smith
Director

Corrections Investigation Division
(601) 359-5611 · 5688 (FAX)

### Notification of PREA Investigation

TO:    _... Offender: Levonzel Anderson #56485_
            Offender Name & MDOC#

FROM:  Lieutenant Lola Nelson
            Prison Rape Elimination Act, (PREA) Manager, Northern Region

DATE:  February 10, 2016

RE:    PREA Investigation

Please accept this letter as official documentation to update you on the status of a PREA Investigation involving yourself which was conducted by this office. The alleged incident took place on February 2, 2016, at Mississippi State Penitentiary, Area I, Unit 29. Upon completion of the investigation, it has been concluded that the allegations were underlined **unfounded.**

If you have any questions/concerns or if I can be of any assistance to you, feel free to contact this office in writing.

Lt. Lola Nelson, PREA Manager
Northern Region, MSP / CID
P.O. Box 100
Parchman, MS. 38738

Pc: Offender copy
      File

EXHIBIT: 58(d)

ANDERSON 93

STATE OF MISSISSIPPI
County of Wilkinson County

## AFFIDAVIT OF
## LEVONZEL ANDERSON

Personnal Appeared Before Me, The undersigned Authority in And for the Aforesaid Jurisdiction, Levonzel Anderson, mpoe # S64185, Duly Sworn by me Does Depose. And state the following:

I Levonzel Anderson, Do hereby states the following is true and correct to the Best of my Belief and knowledge:

### I.

That here a Wilkinson County Correctional Facility (WCCF); I'm being 'retialated' against anything I file into the courts, with telling the inmates to grabb on themselves; make like or playing with my. Private parts to where I can know it when I wake up.

### II.

They will writ into I file into the courts with this civil suit in take us of lock (July 2, 2018) then take all my money off my account - all of it at one time; not telling me the rest of the reasons they - Just know its off the account why what so late to take it off.

### III.

At notime when I was 'sprayed' by mase in the south hall by ILAP Dept. By LT. MILES, the medical department never let me watch the burning mase out of my eyes!! Where burned for days, even took my sights for a day... Rose sickcall in, they didn't call me, intill months later.

Sworn and Subscribed Before me, This The 18 day of _____, 2018.

_____
(APPLICANT)

MY COMMISSIONER EXASPIRED:

Rosemary Matthis
(NOTARY PUBLIC)

ID # 83744
Commission Expires
Jan. 26, 2019

EXHIBIT: CA-003

STATE OF MISSISSIPPI
County OF Wilkinson County

## AFFIDAVIT OF:
## LEONZEL ANDERSON

Personal Appeared Before Me, The undersigned Authority -
in And for the Aforesaid Jurisdiction, Leonzel Anderson, whose #
Styles: Duly Sworn by me Does Depose. And state the following:

I Leonzel Anderson, Do hereby states the following is true
and correct to the Best of my Belief and Knowledge:

**I.**

Here at Wilkinson County Correctional Facility (WCCF) - I plead
in my cell: Al. Seg (February 5 or 6th 2018) by myself due to my being
hypothecated, Independent or endangered; after several Assaults by gang-
members, while I'm sleep or inorder words dinged up!! in cell DELTA
206, 203, 107 etc.

**II.**

On April 3rd, 2018, I was brought back to Protective Custody
(PC) by Capt. Scott, place in another cell, on DELTA (D) 107 where the
several Assaults continue in this place, Capt. Scott, Stated, "Time to get
it trust up!" Indicating Im in a cell with a homosexual gang members
and he's going to rape me. And he did. ~ I left their went to cell
203 investigimar tells with this inmate, who said he clossid reke man!

**III.**

Later on that night, he did something to me, where I was drugged
up, and my anus was filling messiwith. No one took me to medical!-
when I let the officer knew. (Coverure-up) Life still place in danger!-
still on the smuisped?!

Sworn and Subscribed Before me, This the 18 day of _____

_Leonzel Anderson_ (Affiant)

_____
NOTARY PUBLIC -

NOTARY PUBLIC
STATE OF MISS.
ROSEMARY GATLIN
ID # 8376
My Commission Expires Jan. 26, 2019
WILKINSON COUNTY

EXHIBIT: CA 0004

STATE OF MISSISSIPPI
County of Wilkinson

## AFFIDAVIT
### LEVONZEL ANDERSON

Personnal Appeared Before Me, The undersigned Authority.
in And for the Aforesaid Jurisdiction, Levenzel Anderson, moe# 54485
Duly sworn by me Does Depose, And state the Following:

I Levenzel Anderson, Do Hereby states the Following is true-
and correct to the Best of my Belief and knowledge:

### I.

On February 16, 2018, I left Delta pool went to Administractive
Segregation; as the days went by; I heard inmates call someone a
Punk! As the officer pass out tray; verbal-harassment started, when I
was over theirs; I left their went to J-Pool. Stayed their fer 8 days.

Capt. Scott came to my cell (209) told me to pack up! I ask
where I'm going she didn't say nothing call for backup; Capt Green and
two (2) more ofc. came, they pack my property. . . Move me back to
DELTA/POD 107, Later the cell mate sexual assaulted me while I was sleep

Since then I've been move cell to cell, for a patting of P.R.E.A.
violation; From 107 to 207, from 201 to 203, and 203 to 109. And still
have to wake up! to these wrong filling. If they aint it feels as if
they are.

Sworn and Subscribed Before me, This The 18 day of.
July _____, 2018.

My Commission Expires:
Rosemary Gatlin

Levonzel Anderson
(APPLICANT)

Rosemary Gatlin
— NOTARY · PUBLIC —

[SEAL: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 83744 ROSEMARY GATLIN Commission Expires Jan. 26, 2019 WILKINSON COUNTY]

EXHIBIT: CA-005

STATE OF MISSISSIPPI
County of Wilkinson County

## AFFIDAVIT OF-
## LEWNZEL ANDERSON

PERSONNAL APPEARED Before Me. The undersigned Authority-
in And for the Aforesaid Jurisdiction. Levenzel Anderson, MDOC #56855
Duly Sworn by me Does Depose, And state The Following:

I Levenzel Anderson, Do Hereby state the following is true and
correct to the Best of my Belief and knowledge:

### I.

Here at Wilkinson County Correctional Facility (WCCF), on
(March 22, 2017) I did tell all counsel that inmates where playing
in my "butt". I need to be in a cell by myself. They all stated
Aint no cell, for no one person here at this prison.

### II.

AT NO time have I sign any papers, given these MTC, Staff
or M.D.O.C. Staff the permission or agreedment; to have inmates and
staff, to Recorded, Monitoring me with a cellphone device, To walk
by me GRABBING, on themselves, to call me out of my name.

### III.

AT NO time, of these alleged P.R.E.A. violation was I ever-
Examine from a in or out side Doctor to determine; if I have-
indeed been 'sexual assaulted; Denied Medical Health Care;

Sworn and Subscribed Before me, This The 18 day of-
_____, 2018.

ROSEMARY GATLIN
ID # 83744
MY COMMISSION HAS NOT EXPIRED
Commission Expires
Jan. 26, 2019

_____
(APPLICANT)

_____
NOTARY PUBLIC

EXHIBIT: CA 006

STATE OF MISSISSIPPI
County of Wilkinson

## AFFIDAVIT OF
## LEUONZEL ANDERSON

PERSONALLY Appeared Before ME, The undersigned Authority in, And for the Aforesaid Jurisdiction Leuonzel Anderson , MDOC #56485 DULY SWORN BY ME DOES DEPOSE AND STATE THE FOLLOWING:

I, Leuonzel Anderson , Do Hereby states that the following is true and correct to the Best of my Belief and knowledge:

### I.

That since I arrival (**March 22, 2017**) several sexual assaults have taken place, and that I have writen the **Administractive-Remedy;** mail on the 28th of June, 2018.

To: ARP / DEPT.
     Grievance

From: Leuonzel Anderson
     #56485 - DELTA

Re: This is a request for Administractive Remedy;
     More P.R.E.A Violation on DELTA Pod

To when it may concern:

### Facts

More, '**Prison Rape Elimination Act**' as occured with me. Since I've been back on **Delta** Pod, starting back up at cell **107** April 6th, 12th, move to cell **207** more **sexual assaults**, has Haken place on May 6th, 21st when **Dr. DUNN**, walk around Then on the **31st** After my cellmate talk with (invest. Turner) and told him he doesn't do that type of stuff! Late that night on the **1st** "he made his move" June - the June 1st, I move to (203) two (2) week, later I move to cell **109** due to him having his custody change of **C-custody** June 25th before cellmate was supposely went to the hospl. I notice when I got—

page 1 of 2                    **EXHIBIT: HT001**

continue from page 1

up I put a (A.R.P) in; which these C.I.D. P.R.E.A are not
getting the complaints cause when I send them in I..
I don't get no responsed on them.

These people are in direct violation of the (M.D.O.C) policy
#20-14-01, by not following the policys itself. One for placing
me back on the very pod I first made the complaints at;
and not placing me (in the cell by myself) with knowledge
of these inmate- are attacking me in my sleep. And when
I awaken I'll feel tempter with; this has hoppen over again
And yet I am still being subjective to more abuse can't get
no help for the staff who seem are the ones, egging these-
offenders to do this **violations**

## Relief

1. Request who's responsible for **all** these assaults be termiated
from their jobs and position.
                        /S/ _Luungl Anderse_

cc/pF.
LA/ARP
Dic 2841

Sworn and Subscribed Before me, This The **3rd** day of
_July_____, 20R__.
                        _Lug Anderson_
                        (APPLICAT.)

My commission expire:
                        _Rosemary Gatlin_
                        - NOTARY PUBLIC -

EXHIBIT: _HT002_

To: Warden
<u>Jody Bradley</u>

Re: Inmate having Monitoring Device,
(CONFIDENTAL)

Personal
Copy
3/28/18

Dear Mr. Bradley &

I am writing you to place you on (notice) that _
one of these inmates have a (Monitor Device) in their cell —
And that this is a (confidental) matter; is why I didnt
address the matter Warden <u>Walker</u>, who was with 1C9 - getting
ready to shake down (P.Q R), Warden <u>Tumey</u> who was —
on edicational door with other officers, Mentel Health -
Gale, who I believe gave the device to the inmates __

And the gang members are the one whos keeping up
all the punk talk, by listen, watching me, placing -
homosexual thoughts in my mind with this device!
On the <u>28th</u> day of **March**, 2018. Around <u>4:50 - 5:10</u> Am
waking me up out of my sleep, with the punk talk, which
is a tactic, to make me want to leave out of ad seg.
And thats something they aint got to worry about!
This is a <u>notice</u> of why I didnt address the
Wardens, on my <u>way</u> to (Attorney visit)

cc/pf
DIC. 6437
LA
W.J.B.

/s/ _Lwingl Anderson_

EXHIBIT: WC-2

Personal Copy
4/12/18

To: WARDEN
    Jody Bradley

Re: More ongoing harassment by staff (NOTICE)

Dear Mr. Bradley:

I am writing you a notice of more harassment by staff;
On the 12th day of April, 2018. At 2:00 count time C/o comes to my
cell, and call my name; and states 4/w Purkins call for me and
another inmate. When we made it to her office she stated "To the
other offender do he have any problem? He said Naw! She ask him will
he make a statement and he did— She then ask me do I have any
problem I stated 'Yes'. She said What. I stated Im being attach in my
sleep. She said aint nobody doing nothing to you; you just want a cell
by yourself. ~ I said yeah! cause Im being attack in my sleep! said
by who? I said I plea the 5th aint going to say, cant trust none of
you'll; last time I told someone Warden Toomey, shee call the inmate
out side, and told him; ( I said he sexually assaulted me.) So I-
aint given up no names intill I can be place somewhere safe! and
who can help me, without telling their gang member friend ' like when
I left out of purkins office. Inmates was still in hallway; and, they-
walk rigth by me, some was the (sally port) and came out, when we
first step into the hallway. . . The hallways wasn't cleared; etc.

    Show you how your staff are placing my life indanger every
day. . . This is another fair (notice) of Life being place in danger;

                                    /S/ Leonza Linder

cc/pF
DIC. 7330
4/ wB

EXHIBIT: WC-3

# Mississippi Department of Corrections

## Detention Notice

*MUST KEEP! 6-28-18*

## Part I

Date: 02-08-18    Time: 1241hrs

Inmate Name: ANDERSON, LEVONZEL    MDOC # : 56485

Present Unit Assignment: WILKINSON CCF    To: ADM SEG 102

Reason For Application:

```
Offender Anderson stated that he is fear of his
life.
```

Facts:

```
offender was placed in Adm seg pending
investigation.
```

Signature of Applying Authority : William Walker

Position : LT.

## Part II

TO BE READ TO ALL INMATES BY THE INSTITUTIONAL WATCH COMMANDER BEFORE BEING PLACED IN DETENTION:
(1) You have the right to be provided written notice of charges or reason for detention.
(2) You have the right to call witnesses.
(3) You have the right to present written statement(s)
(4) If the above involves a rule violation reports(s), you have the right to have these incident(s) investigated by an investigating employee from the Disciplinary Department:
(5) If a major violation, you have the right to counsel when you have been formally charged. You will meet with a Classification hearing officer within 72 working hours. If you need more time, you have to request that time from the Classification hearing Officer in writing.

I HAVE RECEIVED A COPY OF THIS NOTICE:

Inmate Signature: *Levonzel Anderson*

Signature of Authority Witnessing Inmate's Refusal of Service: *Sgt. O. Trask*

Date: 02- 09. 2018    Time: 10:20 Am

Position: *Sgt.*    Check if Inmate refused: ☐    Signature of Approving Authority: *Sgt. Trask*

EXHIBIT: WX-5

**Part III**

Date of Hearing: [                    ]     Time: [                    ]

Name of Witnesses: [                    ]

Inmate: [                    ]

Authority:

[                    ]


**Part IV**

Findings of Classification Hearing Officer (72 Hour Review):

[                    ]

Tape Number: [                    ]

Side: [                    ]

Section: [                    ]

Signature of Classification Hearing Officer: [                    ]

EXHIBIT: WC-5

To: Casemanager
Tullivore

PERSONAL
Copy
4-3-18

Re: Failure To Protect, (NOTICE)

Dear Ms. Tullivore:

On the 3RD day of April, 2018. Around the time <u>11:20 - 12:00pm</u>. I was told to pack up by a <u>Capt. Scott</u>. And when I refuse; she call for back up! That's when <u>Capt. Green</u> came with two(2) more officers -- a Sgt female put the key in the door <u>Capt. Green</u>, told her to open it- without placing me in any type of restraints or cuff he told me to -- pack my stuff; I did. I guess I was moving to slow, cause he reach and grab my property and put it in the cart. ∴ Capt. Green and Capt. Scott both knew of my condition on <u>Delta</u> pod or if I be place in the cell with another offender, that the gang members are having these inmate- to preform acts on me why I'm sleep! I told yaw this when I first receive at this prison (<u>March 22, 2017</u>) but yall still place me in a cell with someone;

Ekthernway, I'm placing you on (NOTICE) that I'm in a cell another inmate and I had shrick order from The Director of <u>MTC</u> and the Commissioner <u>Pelicia Hall</u> to be place in a cell by my self so- why Capt. Scott & Capt. Green still place me in a cell with another inmate and I told them my Life was indanager. . .

cc/PF
OIC-3124
LA./CM.T.

/s/ Lurmy L Anderson

EXHIBIT: WC-6

To: ARP / DEPT.
    GRIEVANCE

Personal Copy,
3/28/18

RE: This is a request for Administrative Remedy;
(Pelco footage review is Requested)

To whom it may concern:

On the 27th day of March, 2018; Around (or about the time 8:27 - 8:37 I call "P.R.E.A. HOTLINE', At 9:30 - 9:50 AM Investigator Lt. Turner, came on the Pods; Ad. Seg. Wilkinson County Correctional Facility (W.C.C.F.) And went up - stairs to see cell: 201 and then left; with seeing me; I start writing a - grievance, as when I was rapping it up. Here comes Lt. Turner and Warden Toomey. After lunch time; 10:00 - 11:00 AM. Comes to my cell; stating you call P.R.E.A. I stated yes! Cause these inmates are verbally harassing me, by calling me Punks, all day long, I tired of it. And they got some type of device watching me to. "Thats not a reason to call PREA, stated Warden Toomey" I stated yes it is! She stated: NO ITS NOT! ~ LT. TURNER, Took over, and stated "Well you call P.R.E.A. one more time, you fucking cock sucker! I'm gonna to take your scare ass to general population myself. And make sure they fuck you in the ass! Thats why your ass is in seg. in the first place! — You said someone was fucking & sticking their dick in your mouth! ~ I . . stated what does that have to do with these inmate calling me names,? You keep on talking I'm gonna take you ass to general population, rigth. now! ~ I said come on with it, aint no body scare of G/P!

Lt. Turner, told the ofc. to get some cuffs, and she did. Then he told me - me bag up, put both hands out, I did. When I did come out me told me catch the wall, when I did Lt Turner push me up against the wall. . . "Grab the shackles", cuff one leg took my shoe off, I held the other leg out he took the shoe off; cuff the leg. Then we walk out of seg. went up the hallway, without clearing the hallway of this PC inmates with restraints on we come up to a group of inmates with no restraints

(PREA HOTLINE)        page 1 of 2        EXHIBIT: WX-2

We then went into t̂ (holding block) where ê push me on the wall, hard... Told me not to say another word, pointing his finger. I didn't. He open the holding tank door, push me in. Came back maybe 30-40 mins later. Told me to get my property. The best way you can, I grab two (2) bags, then left out the door, where he call on the (mic) clear the hallway, from (holding tank to H-J-K) where I walk down the hall, with in my socks, shackle, with my hands cuff from the back, with some of my property, went to J pod cell: 209. He -- later come back with the rest of my property, tells the inmates if I calls P.R.E.A. one more time, I'm going to let one of ya'll come out and rape! his ass for real! He said this twice then leave off the pod.

WARDEN TOOMEY & LT. TURNER, both are indirect violation of the -- M.D.O.C./Policy title: Protection From HARM /scp # 20.05.01, page 2 lines 82-85 States: — Harassment and Disrespect - Talking to an - offender in away that is embarrassing or that ridicules or debases the offender is abuse. The includes using 'profanity', when addressing an offender, talking to an offender using words or voice tones that are humiliating, mocking, demeaning or embarrassing —

Failure to report: ~ Staff members who engage in abusive incident, or who 'observe' such an incident, are required to immediately report that incident!! And if they "failure to report an incident of abuse will be treated as severely as having committed the incident."

## RELIEF

1. Request that the (above) mention staff meet with a disciplinary — commented and be punish for their violation.

cc/pF
REC.8861
LA
ARP
OFC.

15/ _Lurmzl Anderon_
X

Ex.: LWC-2